# UNITED STATES DISTRICT COURT
# DISTRICT OF MARIANA ISLANDS

|  |  |  |
|---|---|---|
| MANETIRONY CLERVRAIN,et al | * | |
| Plaintiff (s), | * | |
| vs. | * | Case No........................ |
| PHILIP A.BRIMMER, et al | * | |
| Defendants(s). | * | |

]*******************************************************************[

**MOTION FOR *SETTLEMENT AGREEMENT*(s) AGAINST SECRETIVE CRIMINALS BY INKOKING THE NATIONAL REGULATORY TREATIES ACT ("NIRTA")**

]*******************************************************************[

**I. COMES NOW**, the plaintiff, ["***Manetirony Clervrain***"], Pro-Se, or ("***The Activist***") or

("***The ANT***"), or ("***Deportable Alien***"), as ("***First-Times Offenders***"), and the term ["***Prompt***

***Notices***"] and ["***Their Expertise Act***"] ("TEA") have the  connections for the agencies performance

and are solely used to identify the claims to the local courts, when motioned in a singular version,

["***Intellect intent***"]  and ["***Congress Intent***"] shall be Known as  ["***Synonym***"] and when mentioned

together  is for the [***Activist Rights***"], and his employees, or  ["***Management Team***"] shall be known

as the ["***Protected Rights***"] for their immediate families to be benefited from the illegal classification

as dangerous individuals in concentration camps by restrictive means and excessive, or for declaration

of pain for additional reliefs generally refer to these lawsuits as controversies for damages against the

defendants who are acting under the color of their authority allegedly violations of the U.S

constitutions by their officials, and for the issuance ordinance under Article I, II, III, and

["*International Covenant On Civil and Political Rights*"] ("ICCPR"); The ["*United Nation's Universal Declaration of Human Rights*"] ("UDHR"); The ["*American Convention On human Rights*"] ("ACOHR"); or ( "*American Convention*"); The ["*European Convention for protection of Human Rights*"] ("ECPHR"), as well as the ["*Customary International Law*"] ("CIL"), or to protect those with the evidence of ["***Brutality***"] against the defendants deprivation of rights, by failure to ratify the various illegal laws, or it is for enforcing public interest by the enforcement of the following laws: ["***National Issues Regulatory Treaties Act***"] ("NIRTA"); ["***Federal officials Duties Performance Act***"] ("FODPA"); ["***Negligence Attorney Right Issues Principal Act***"] ("NARIPA"); ["***Central Issues Record Treaties Act***"] ("CARTA"); ["***Negligence Attorney Privatization Access False Act***"] ("NAPASA"); [" ***State Access General Issues Right Act***"] ("SACIRA");["***Negligence Attorney Treatment Tortuous Act***"] ("NATTA"); ["***Negligence Attorney Conflict Issues Contract Act***" ("NACICA"); ["***Treaties Issues Crimes Scene Act***"] ("TICSA"); [*"**National Association Bar Liability Act**"*] ("NABLA");  and therefore restricted imposed is questioning intellect intent, with the authority to remove those classified with the status of Exclusion in certain circumstances under Article 15 of the ("UDHR"), or for the court to determine if whether or not to permit the extraordinary circumstances by compelling the facts, or to alter the various  illegal judgments as to remain faithful to the intent of the plaintiff controversies and ambiguities alleged consistent with the jurisdictional; authority of the courts accords the country by invoking their power to litigate within congress intent

by  ["  ***The Ant(s) Movement Act***] ("TAMA") or in conjunction ["***Mutual Union Domestic Terrorism***

***Act***"] ("MUDTA") as arguable basis against facial attacks by the various quasi judicial across against

his competent litigation's or freely deliberately his speech without restrictions does proving the extend

or the continuation of his criminal activities, insofar as it may inquiring  for National reliefs or against

illegal laws, policies or regulations  as evidence support the claims on the merits of these cases to

resolve the challenges of various punitive acts established by congress, or in such controversies as

evidence to question the defendants misconducts within reason in these cases to resolve a challenge to

the laws by these motions for the rules enabling act, which congress authorized in this circumstances

presenting to promulgate rules of procedures subject to its review. 28 U.S.C 2072 (a);  28 U.S.C 1651;

28 U.S.C 1654; 28 U.S.C 1361; Fed. R. Civ. P. 15 (b); 20; 26; 54; 57; 65; Fed. R. App. P. 41 ; 23; 8

C.F.R. 1003.1(e)(6)(v) and for the issuance ordinance with the courts jurisdiction under 28 U.S.C

2241; 28 U.S.C 1331; 28 U.S.C 1332; 28 U.S.C 1343; 28 U.S.C 1291; 28 U.S.C 1292 and 5 U.S.C

701 and the administrative records of the cases that form the part of the controversies allegation under

Article I; II; III, as a model to hear the plaintiff injuries in facts as the various constitutional violations

by the ["***Immigration  and  Nationality  Act***"] ("INA"); the  ["***Freedom  of  Information  Act***"

("FOIA"), and the ["***Prisoners  Litigation  Reform  Act***"] ("PLRA") and the establishment clause

tacitly codified in the statutes to promote apartheid. 8 U.S.C 1101 et seq...... which demonstrates

congress intent for ratification or by declaring the the above laws are ambiguous in their faces ,or with

the challenge that they are currently in violation of the Constitutions or  they are the proximate cause

of mass deportation and incarceration, or as they  are codifying by excluding or by classifying

individual as alien or animal or dangerous individuals without any justification for review upon relief

can be granted for certify the class as to questions declaratory relief(s)  and for the writ(s) of

mandamus with oral argument because the facts and legal contentions are adequately presented in the

materials before these courts would aid the decisions process suffice to satisfy the plaintiff's burden of

demonstrating animus motivation by the practices against injustice or illegal reporting, it is true that

publication traditionally has been accepted as notification supplemental to other actions which by

themselves may reasonably be expected to convey a warning that the defendants should be liable for

general damages in light of the circumstances is for the courts to consider facts related to the effect of

potential risk of physical injury to another due to connection of conflicting laws, the law of the

jurisdiction where the tort occurred will generally apply because that jurisdiction has the greatest

interest in regulating behavior by their employees expressive activities in their capacity as citizens, or

as government employees" and noting that "[w]ith few exceptions, the content of the messages  is for

public interest;

   1) Although the activist does dispute by this ["***Motion for Reopening Extortion(s),***

***convictions, docket statements benefits against mass Deportation Prohibition Act***"] ("MDPA") for

additional claims;

2) They are matter concerning additional docket statements within the controversies by applying ("MOCMA") At page, 94 (A) (I) is the first impression of the litigation, or particular serious to be determined;

i) At page 95 (II) from ("MOCMA") is additional intent, that the courts must applied ("TADMA"), or matter for the defendants performance, thy are the subset of ["*Aggravated Felonies*"] as defined by statutes;

ii) They are Illegal laws, at page 60 (II) (2), specifically, the ("FOIA"), for which the plaintiff is asking for ["***fee waivers***"], in light of the circumstances which congress has spoken clearly against intentional acts;

["***Request Records through the Freedom of Information Act or Privacy Act***"] [" *What Is the Purpose of Form?*

*Use Form G-639 to obtain access to U. S. Citizenship and Immigration Services (USCIS) records as allowed by the Freedom of Information Act (FOIA) at 5 U.S.C. 552 and the Privacy Act of 1974 (PA) at 5 U.S.C. 552a. With certain exceptions, FOIA provides access to Federal agency records. PA allows U.S. citizens or lawful permanent residents to: 1. Request access to information pertaining to themselves in Federal agency records; and 2. Correct or amend their records. PA also prohibits disclosure of any person's records without his or her written consent, except under certain circumstances as prescribed by PA.*

1) At page, 96-97 (B) that is for the defendants withheld the administrative records, or matter for the courts to compel National Matters, ["17-CV-03194"] or allowing the ["***activists***"] to access records additional claims;

a) The Negligence by the defendants are extended for conspiracy, at page, 98 (III) , or they are the leaders of the criminal enterprises, or to ["***Section 301 - Enforcement of Convention***"] by questioning facts;

["***INTER-AMERICAN    CONVENTION    ON    INTERNATIONAL    COMMERCIAL ARBITRATION***"]

> *The Inter-American Convention on International Commercial Arbitration of January 30, 1975,*
> *shall be enforced in United States courts in accordance with this chapter.*

b) At page, 98-99 (IV) is additional claims for the agencies to evaluate crimes of Apartheid, as well as if whether the plaintiff activities has been control by illegal theory, or retaliation can be justified by proposed laws;

c) At page, 99 (V) is matter for ["***public interest***"], pending to file while the plaintiff is asking the defendants to justified their actions ["21-40522"] or matter for reinstatement of the appeals nationwide claims;

i) As such being the case, then we asking if ["***Mrs. Lyle W. Cayce***"] duty is invoked consistent with the applicable laws and rules, to inform the public concerning judicial misconducts as matter of laws to litigate;

ii) As well as for ["***Mr. David O'Toole***"] to inform the public how long he has been a witness that the plaintiff has been suffered by injustice because of his movement, or the administrative record must be released;

iii) As such being the cases the mandated issues by the fifth circuit, or among the other part of the controversial are subject to review de novo ["12-61943"], and to compel administrative record for analyzing crimes;

a) This action is before the court ["Dkt, 41"], which the court failed to consider the important part for victim of Criminal Enterprises, which the various judicial officials implicated in the conspiracy for prosecuting;

["***131 Federal Judges Broke the Law by Hearing Cases Where They Had a Financial Interest***"] by wall street"]

*The judges failed to recuse themselves from 685 lawsuits from 2010 to 2018 involving firms in which they or their family held shares, a Wall Street Journal investigation found*

b) That quotation is by the ['***Wall Street Journal***"], or wrote by ["***James V. Grimaldi***']; ["***Coulter Jones***"]; ["***Joe Palazzolo***"] they are the intervenor to inform the public what is additional illegal conducts;

c) That is including additional motions for international intervenors pending to file to question ["***Alien Status***"] and ["***Pauperis Status***"] or to evaluate general damages concerning judicial official illegal oppositions;

d) These courts under ("MOCMA"), at page 73-84, or matter for filling additional tort claims against each of the judicial officials for failure to act within the meaning of laws, which congress has granted authority;

e) The above courts have failed to review the several motions related to mitigating crimes by judicial officials, or agencies officials, or otherwise for additional reliefs in its premises is to prosecuting serious criminals;

f) As such being the cases the plaintiff prior motions, and the present motions must evaluate for majority opinions, including the violation of victim of crimes, they are possible to decipher by the administrative facts;

1)They do clearly stated facts concerning criminal misconducts alleged, which the plaintiff is seeking by making right arguments upon additional reliefs can be granted for vacatur of illegal convictions rights;

2) According this court failed to consider ["Dkt, 39"] is within the same subject matter that if the judicial misconducts is being questioned for ["***Bias***"], and involving firmly in which they or their family held shares claims

3) As well as for wall Street Journal investigation if the those claims must be published Nationwide, ("NIRTA") at page 91-149 or matter to invoke additional publication when evidence for illegal denials;

a) On or about September 25, 2021the ("SSA") response the ("FOIA") request by the activist concerning [***"Deportable Aliens"***] social benefits since 1995, or to justified the request sought against abuse discretion;

b) To that extent ["**_Mrs. Mary Ann Zimmerman_**"], which failed to consider ["S9H; SSA-2021-016291"]or has not considered or proper document, but alleged ["**_unknown documents_**"] or evidence for secretive crimes;

1) Under the ("FOIA") must reasonable compel the administrative record for the (SSA) entirely will justified the unknown individual that has been deported for years without justification for the purposed of trade;

2) The we assumed that the plaintiff is entitle for ["**_expedited proceeding_**"] and ["**_fee waivers_**" "] as well as equitable reliefs to remove the status of pauperis including his management team that has been delegated ;

a) Here, the plaintiff is asking about individuals victims, or that is because the defendants withheld deportable social security benefits for years, or evidence that will support the proximate cause of illegal conducts;

b) Moreover, the agencies failed to make proper determination when proving necessary information related to ["**_Mass Deportation_**"] and ["**_Mass Incarceration_**"] is the proximate cause of financial burdens;

c) The request information about all deportable aliens including all of the activist that were illegal deported and detained by the agencies misinterpreted laws congress has authorized to consider special factors;

d) Then the courts under ("MOCMA") that is for supplemental jurisdiction against the defendants both officials and individual capacities, or where the official of the agencies are locating by national claims;

1) To that extent ("SSA") duty is invoked to inform the local official of each states, and where the controversy of the claims is being alleged, or to assist in the process of violation of crimes within the same reasoning;

2)Additional, ["*Mr. Clervrain*"] is delegate ["*Mrs. Niva Guerrier*"] how to appeals the procedures electronically transmitted to FOIA. Public.liason@SSA.gov and both are activist to legate against illegality;

3) As well as for ("NARA") to response within the time framed, or 90 days is a very long period time, or question for first step in the settlement procedures for management team concerns expedited proceeding rights;

4) Those right information must including for determination of exposure to death by the ("BOP") under this cases ["17-CV-00313"], or request to the ("EPA") ["EPA-2021-006750"], or matter for negligence claims;

i)This time the agencies must reviewed the claim entirely along with the motions filed for consideration, and grievances related to the violation consistent of serious crimes within the reasoning by danger theory;

ii) Here, the ("EPA") claim that he was enable to settlement agreement for exposure to mold, or other dangerous situations, or to evaluate additional records, or they are for additional claims nationwide to enforce laws;

a) The total fee incurred should include as part of the negotiation process for the various violations including for constitutional issues, or ["***Mr. Trimonthly R. EPP***"], or to evaluate billable management fees;

b) Indeed, such as claims are applicable against each of the agencies alleged to be notified by email, FTCAclaims@epa.gov, or if they have any question they must response within the time frame for management fees;

c) This motions include matter for controversies related matters  to ("FOIA") and constitutional violations if the agencies continuously denied him relief ["20-CV-00538"] or to question if the judge involved claims;

1) If the above court ["***banned***"] the activist to file without any justification, then the agencies are questionable for investigate  the Judge ["***Stephen R.Clark***"], or if the court refused to accept mail by fraudulent intent;

2) This duty is invoked for fraud, additionally we are seeking dispute resolution by the federal courts of appeals, rather than ("NARA") which is part of the conspiracy in the first place or intent by secretive crimes;

3) That is something ["***Jodi Floor***"] will not denied the claims ["NGC21-817"] by failure to release their conspirators,or matter for all media to intervene within the same reasoning for publication against terrorism;

d) As such being the cases the plaintiff who is a prolific litigant entitle fr Expedited processing determination by the ("EPA"), or among the other are the co-conspirators pending to amend additional serious criminals;

1) This matter involved ["***National Informal Reliefs***"] ("N.I.R"), or ["***National Informative Public Grievous Ass***"] ("NIPGA"), or public concerns related to patent of his invention to be protected by enabling laws;

2) If the agencies failed to justified their illegal actions, or the term ("NIR") also refer to ("NIRTA"), matter for enabling punitive laws alleged under ("MOCMA"), or they are demonstration for wrongful matters;

["***Section 2.103 - Responsibility for responding to requests***"]

> (e)*Law enforcement information. Whenever a requester makes a request for a record containing information that relates to an investigation of a possible violation of law and the investigation originated with another agency. the assigned office. with the concurrence of the National FOIA Office, will refer the request to that other agency or consult with that other agency prior to making any release determination.*

a) Here, compelling need is satisfied under the ("FOIA") what is more to mitigate secretive crimes established by the agencies control theory,or will justify the statement to support finding of a support compelling;

b) Here, the plaintiff is invoking Code of Federal Regulation (C.F.R), in conjunction of the code of Informative Regulations ("C.I.R") or or matter for National Grievance procedures for electronic fillings controls;

1) If the subject matters are for reopening controversies cases by ["EOUSA-2021-003384"] or request for questioning performance against criminal enterprises, with rights access to federal agencies records by laws;

2) Under the ("FOIA") or and the criminal law alleged required the agencies to perform their duties, conducts research, created new records, answer question to inform the public matter related to conspiracy claims;

3) Those filed requested for illegal convictions are the proximate cause of illegal deportation across the country would be primarily in each each of the states where the controversy claims being question by laws;

a) According to ["***Mr.Kevin Krebs***"] the alleged information sought is in control of the United States Attorney (USA), or to release all ["***Deportable Aliens***"] and to identify each person that where illegally removed;

b) As well as for those that were illegally imprisonment, or not restricted the agencies for their performance against other agencies, or judicial officials to provide access to reasonably described within the records matters;

i) Here, the information is  to help in the courts procedures, which the above defendants failed to consider important factors, for them consider this motions along with cases being filed across the country to release;

a) On about this [" ***Judge Amy J, St Eve***"] from the seventh circuit of court of appeal alleged under this case ["21-02258"], which was received on September, 27 2021 because of his classification of prolific litigant;

b) The the court said that it not file motion concerning administrative crimes by judicial officials in light of the September 9, 2021  order was a warning that further allegation for criminal investigation should be restricted;

c) To that extent we assumed that the judge not only proving ["Bias"] but evidence for discrimination is prevail that the officials are liable for additional damages pending to file tort allegations claims;

d) The ordered was submitted with the same [*"**intent to punish**"*] or matter for the judge to protect criminal enterprise, and that submission should not returned unfiled  without proper justification by guidance rules;

e) As such being the cases if the plaintiff filed a ["***docket statements***"] which the judge labeled as defendants will make justified public interest against judicial conspiracy or practices as constitutional violation issues;

i) That is due to be response by the Untied States Attorney, on each states, for beginning of the settlement procedures by this court ["17-CV-03194"] against the court in the courts in their officials capacities suits;

ii) Alternatively, in all aspect of the judicial officials negligence as to be treated against the government officials and their entities entirely not to exclude the judicial officials pending to amend additional parties;

iii) As such being the case October 4, 2021 to file docket information is to premature, after all ["*witnesses*"] and ["*beneficiary*"] admitted to the United States at governmental expenses, including housing funding;

a) We asking the courts to apply [*"intellect intent"*] by appeal procedures against ["*Alien Status*"] that officials under ("MOCMA") in their ["*officials capacities*"], or if the failed to ratify illegal control theory;

b) Those claims are  for them to consider ["*Pauperis Status"*] the   effect of deportation and separation of family after they committed their first offense should not be the only ground to exile from their residency;

c) The criteria for considering the claims is protect by the first Amendment of the constitution if the courts intention is to restrict the activist access to the courts without justification that for individual capacity claims;

## MOVEMENT ON CRIMES MITIGATING ACT ("MOCMA")

**II.** These documents may well demonstrate [*"intellect intent"*] , at some level, *"interested"* in [*"Humanitarian"*] activities as a prominent dissident and high-ranking revolutionist leaders, or very charismatic by the defendants statement for the same purpose for illegal convictions must vacated for victim of crimes;

A..........................["***Massive Issues Genocide Reform Act***"] ("MIGRA")............**22(A**

   I............................["***The Ant (s) Reform Act***"] ("TARA")....................**22(I) (4)**

       1).................*Manetirony Clervrain V. Kirsten Nielsen*..................68 (II) (1)

                ["20-CV-00603"]

       2)................ .*Manetirony Clervrain V. Willbur L Ross*..................68 (II) (1)

                ["20-CV-00119"]

       3)..............*Manetirony Clervrain V. Steven Nejen*........................68 (II) (1)

                ["20-CV-00134"]

       4)............ *Manetirony Clervrain V. David Bernhart*...............    68 (II) (1)

                ["21-CV-00075"]

       5).................*Manetirony Clervrain V. Michael Pompeo*............68 (II) (1)

                ["20-CV-00555"]

*Under this case ["17-CV-03194"], at this point the plaintiff is asking the defendants for negotiating process only against the agencies mentioned, pending to file additional reliefs, ["Dkt, 131"], at page 8 (V) they are matter for the agencies to consider for removing ["pauperis status"], while he is about to file additional defendants for intervention rights against discriminatory enforcement, or that is also for public opinion against the challenged laws so punitive. Kolender v. Lawson 461 U.S. 352 (1983)*

II............................["***The Ant(s) Punitive Act***"] ("TAPA")...................**22(I) (14)**

    1)...............*Manetirony Clervrain V. J.B Pritzer*...........................68 (II) (1)

        ["20-CV-013040"]

    2)...............*Manetirony Clervrain V. Phill Scott*...........................68 (II) (1)

        ["--------------------"]

    3)...............*Manetirony Clervrain V. Bill Lee*..............................68 (II) (1)

        ["20-CV-00548"]

    4)................*Manetirony Clervrain V. Henry McMaster*...............68 (II) (1)

        ["21-CV-00021"]

    5)...............*Manetirony Clervrain V. Gina Rairondo*...................68 (II) (1)

        ["20-CV-00535"]

III........................["***The Ant(s) Treatment Act***"] ("TATA")...................**22(I) (15)**

    1)................*Manetirony Clervrain V. Derek Benner*...................68 (II) (1)

        ["20-CV-00513"]

    2)................*Manetirony Clervrain V. Paul Hunter*.....................68 (II) (1)

        ["20-CV-02939"]

    3)................*Manetirony Clervrain V. Taci Barrera*.................. 68 (II) (1)

        ["20-CV-02404"]

    4)...............*Manetirony Clervrain V. Tony H Pham*.....................68 (II) (1)

        ["20-CV-00805"]

    5)...............*Manetirony Clervrain V. Alysa D. Erich(s)*...............68 (II) (1)

        ["20-FP-01188"]

IV......................["***The Ant(s) Nationality Act***"] ("TANA")..............**22 (A) (I) (15)**

    1)...............*Manetirony Clervrain V. Rossana Rossado*..................68 (II) (1)

                ["20-CV-000389"]

    2)...............*Manetirony Clervrain V. Alejendro Alex Padilla*............68 (II) (1)

                ["20-CV-00925"]

    3)...............*Manetirony Clervrain V. Tre Haget*...........................68 (II) (1)

                ["20-CV-02944"]

    4)...............*Manetirony Clervrain V. Asa Huthison*.....................68 (II) (1)

                ["20-CV-00369"]

    5)...............*Manetirony Clervrain V. Connie Lawson*...................68 (II) (1)

                ["20-CV-01306"]

V...........................["***The Ant(s) Library Act***"] ("TALA")..............**22 (A) (I) (15)**

    1)............*Manetirony Clervrain V. Kelly Thomson Mercer*...............68 (II) (1)

                ["20-CV-00645"]

    2).................*Manetirony Clervrain V. Herbert C. Hoover*............ 68 (II) (1)

                ["20-CV-00078"]

    3)............*Manetirony Clervrain V. Alison Lundergan Grimes*..........68 (II) (1)

                ["21-CV-00400"]

    4).................*Manetirony Clervrain V. Paul Hunter*.....................68 (II) (1)

                ["20-CV-02939"]

    5).................*Manetirony Clervrain V. Richard Scott*...................68 (II) (1)

                ["18-CV-3041"]

VI.................["***The Ant(s) Victims Multiplicity Act***"] ("TAVMA")............**4 (I) (1)**

A...........................["***Right Aggravated Provision Act***"] (RAPA).......**22 (A) (I) (9)**

    1)...............*Manetirony Clervrain V. Lori R Swason*.....................68 (II) (1)

        ["19-CV-00965"]

    2)...............*Manetirony Clervrain V. Derek Schidt*......................68 (II) (1)

        ["19-CV-03040"]

    3)................*Manetirony Clervrain V. Andre G Beshear*...............68 (II) (1)

        ["19-CV-00019"]

    4)..................*Manetirony Clervrain V. Brad Schimel*..................68 (II) (1)

        ["19-CV-00503"]

    5)....................*Manetirony Clervrain V. Cynthia H Coffman*.........68 (II) (1)

        .... ["19-CV-00695"]

B...............................["***Right Issues Treament Act***"] ("RITA").........**22 (A) (I) (9)**

    1)...............  *Manetirony Clervrain V. Erick T Scheiderman*......... 68 (II) (1)

        ["19-CV-03625"]

    2)...............*Manetirony Clervrain V. Edmund J Brown Jr*............68 (II) (1)

        ["19-CV-01219"]

    3)................*Manetirony Clervrain V. Dannell P Malloy*............68 (II) (1)

        ["20-CV-02939"]

    4)....................*Manetirony Clervrain V. Pamela J Bondi*............68 (II) (1)

        ["19-CV-00099"]

    5)................*Manetirony Clervrain V. Brian E Frosh*............... 68 (II) (1)

        ["19-CV-00805"]

VII.........................["***The Ant(s) Reform Class Act***"] ("TARCA")............**22( A) (I) (16)**

    1)......................*Manetirony Clervrain V. Mark Gordon*........................68 (II) (1)

               ["21-CV-00132"]

    2)..................*Manetirony Clervrain V. Mike Dunleavy*  ........................68 (II) (1)

               ["20-CV-00279"]

    3)....................*Manetirony Clervrain V. Brian Kemp*...........................68 (II) (1)

               ["20-CV-00421"]

    4)....................*Manetirony Clervrain V. Waldermar Rodriguez*...............68 (II) (1)

               ["20-CV-00538"]

    5)....................*Manetirony Clervrain V. Garry Herbert*........................68 (II) (1).

               ["20-CV-00880"]

VIII.........................["***Right Issues Claims Reform Act***"] ("RICMA").................**22 (A)**

    1)......................*Manetirony Clervrain V. Laura M. Lee*........................68 (II) (1)

               ["20-MC-00108"]

    2)....................*Manetirony Clervrain V. Pierre Robert Joseph*...............68 (II) (1)

               ["5D21-2146"]

A.................................["***The Ant(s) Fear Liability Act***"] ("TAFLA")...............**22 (I) (7)**

    1)..................*Manetirony Clervrain V. United states Of American*.............. 68 (II)

               ["17-CV-03194"]

    2)..................*Manetirony Clervrain V. United States of America*.................68 (II)

               ["17-CV-00313"]

    3)..................*Manetirony Clervrain V. United States of America* ...............68 (II)

               ["17-CV-00132"]

B.............................["***The Ant(s) Fair Practices Act***"] ("TAFPA")...............**33 (A) (i-iv)**

    1....................*Manetirony Clervrain V. United states Of American*..........50 (II) (1)

                 ["....................."]

    2)....................*Manetirony Clervrain V. United States of America*............50 (II) (2)

                 ["....................."]

    3)....................*Manetirony Clervrain V. United States of America* ............50 (II) (3)

                 ["....................."]

    4)....................*Manetirony Clervrain V. United States of America* ..........50 (II) (4)

                 ["....................."]

C...........................["***The Ant(s) Financial Burdens Act***"] ("TAFBA")..................**16-20**

    1...................*Manetirony Clervrain V. United states Of American*.............50 (iv) (2)

                 ["20-CV-04175"]

    2)..................*Manetirony Clervrain V. United States of America*...............50 (iv) (1)

                 ["....................."]

    3)....................*Manetirony Clervrain V. United States of America* .........50 (iv) (4)

                 ["....................."]

D...........................["***The Ant(s) Financial Mitigating A)ct***"] ("TAFMA......39-40 (I) )(a-c)

    1...........................["*Movement On Protective Act*"] ("MOPA")..................12 (a)

    2......................["*Multiplicity Victim Reform Act*"] ("MVRA")...............33-39(E)

        I............["*Mass Deportation Prohibition Act*"] ("MDPA").................16(A)

        II............["*Mass Incarceration Prohibition Act*"] ("MIPA")............51 (II) (1)

        III...........["*Market Issues Manipulations   Act*"] ("MIPA")...............20 (VIII)

3)....................["***National Electronic Filling Reform Act***"] ("NEFRA").........**1-83**

A.........................................["***Manetirony Clervrain***"]...............................**69 (b)**

I.................................["***Francis Osei-Fosu***"]...............................**50 (F) (II)**

1).............................Abel Paul ...............................50 (G) (III) (1)

2)........................ ....Mackenzie Alexis...........................50 (G) (III) (2)

3).........................Ashley Carmelle Dorsainville................50 (G) (III) (3)

4).........................Samuel Clervrain...........................50 (G) (III) (4)

5).....................Marie Natalie Jean Baptist Clervrain.....................50 (F)

6)............................ Kerline Guerrier.........................50 (G) (iv)

7)..............................Niva Guerrier... ... ... ... ... ... ...50 (G) (iv) (1)

8)............................Jennifer Alexis...........................50 (G) (iv) (2)

9).........................Delz Regarte Cinues ...................50 (G) (iv) (3)

10).........................Jean Gardy Gedeon...............................50 (F)

11).........................Joanis Normil...............................34 (C) (8)

12).........................Wislene Casy...................................50 (F)

13)...........................James Berlin Simons....................50 (G) (iv) (4)

14).........................Fridelyne Maisonneuve.......................50 (F)

15)...........................James Berlin Simons....................50 (G) (iv) (4)

16)............................Alex Felix...............................50 (F)

17)........................Max Jean Baptiste...........................50 (F)

18)........................Wideline Veillard.................... ....50 (G) (iv)

19).........................Boznai Romelus...............................50 (F)

20)........................Lonica C. Casy...............................50 (F)

21)............................Joanne Deborah Jean Jacques Delva.........33 (C) (2)

22)..............................Baptiste Jean Louis....................33 (C) (3)

23)...............................Marie Jasmine Malval..................33 (C) (4)

24)...................................Ronaldo Jean........................33 (C) (5)

25).....................................Evans Delva.......................33 (C) (6)

26)..............................Biglauwick Plaisimond...................33 (C) (7)

27)..................................Edith Jean Jacques...................33 (C) (8)

II...........................................[*"Roode A Clervrain"*].............................**33 (C) (1)**

B......*Trade Inventions Partnership Protection Organization*"] ("TINPPO")......1-83

1).........[*"National Informative Public Grievous Ass"*] ("NIPGA")...55 (b) (3)

2)...[*"National Educative Bar Association Science"*] ("NEDBAS")....55 (b) (3)

C.......................[*"Union Partnership Protection Organization"*] ("UPPO")............1-83

1)..............[*"United States Patent And Trademark Office"*](USPTO).......**20 (A) (1)**

2)...............[*"World Intellectual Property Organization"*] ("WIPO")......**20 (A) (1)**

3...............................[*"Ratification Punitive Act"*] ("RPA")................**39 (E)**

4...............................[*"National Protective Act"*] ("NPA")....................**39 (E)**

i)...................................[*"Joe Biden President of United States"*]..................**39 (I)**

1)...............................Ariel Henry PM of Haïti ...............................39( E) (5)

2)......................Cyril Ramaphosa President of South Africa...............39( E) (5)

3)...................Scott Morrison PM of commonwealth of Australia.........39( E) (5)

4).....................Juan Orlando Hernández President of Honduras............39( E) (5)

5)...........................Miguel Díaz-Canel President of Cuba..................39( E) (5)

6)...........................Sahle-Work Zewde President of Ethiopia...............39( E) (5)

7)..........................Justin Trudeau Prime Minister of Canada...............39( E) (5)

8)...........................Jair Bolsonaro President of Brazil.......................39( E) (5)

9)...............Boris Johnson Prime Minister of the United Kingdom..........39( E) (5)

10)...................Pedro Sánchez Prime Minister kingdom of Spain......... 39( E) (5)

ii)..............................["***Muhammadu Buhari President of Nigeria***"]...........__37 (B) (5)__

1)..............................Paul Biya President of Cameroon.....................39( E) (4)

2).................Mohamed Abdullahi Farmaajo President of Somalia...........39( E) (4)

3).........................James Little PAndrewM of NewZealand.................39( E) (4)

4)..............................*Daniel Ortega President of Nicaragua*............39( E) (4)

5)...................Alejandro Giammattei President of Guatemala...............39( E) (4)

4)............. ..........Adama Barrow President of the Gambia.................39( E) (4)

5).......................Andrew Holness PM of Jamaica.............................39( E) (4)

6)............Andrés Manuel López Obrador President of Mexico...............39( E) (4)

iii)...............................["***Ram Nath Kovind President of India***"]..............__37 (B) (5)__

1).........................João Lourenço President of Angola....................39( E) (3)

2)......................Philip Davis Pm commonwealth of Bahamas...............39( E) (3)

3).................Alexander De Croo Prime Minister of Belgium................39( E) (3)

4)............Johnny Briceño Prime Minister of commonwealth of Belize...... 39( E) (3)

5)...........Mokgweetsi Masisi President of commonwealth Botswana.........39( E) (3)

a)...............["***Mette Frederiksen prime minister Of kingdom of Denmark***"] .......**37 (B) (5)**

   1)..............................Xi Jinping President of China...........................39( E) (2)

   2)...............................Emmanuel Macron President of France...............39( E) (3)

   3)..........................Sergio Mattarella President of Italy.....................39( E) (3)

   4)...............................Uhuru Kenyatta President of Kenya.................39( E) (3)

   5)............................Isaac Herzog President of Israel.......................39( E) (3)

   6)..................Angela Merkel prime minister kingdom of Germany.........39( E) (3)

   7)....................Michael D. Higgins President of Ireland....................39( E) (3)

b)................................["***Ebrahim Raisi President of Iran***"]...................**37 (B) (5)**

   1).......................Abdel Fattah Al-Sisi President of Egypt....................39( E) (2)

   2)............................*Vladimir Putin President of Russia*....................39( E) (2)

   3).................Erna Solberg Prime Minister of kingdom of Norway.........39( E) (2)

   4).......................Marcelo Rebelo de Sousa President of Portugal............39( E) (2)

   5)............Guy Parmelin prime minister of republic of Switzerland......... 39( E) (2)

   6).....................Stefan Löfven Prime Minister of republic Sweden.........39( E) (2)

   7).........Nicolás Maduro President of Bolivia republic of Venezuela.........39( E) (2)

c)........................["***Mark Rutte Prime Minister of kingdom of Netherlands***"]...**37 (B) (5)**

   1).........................Luis Lacalle Pou President of Uruguay.................39( E) (1)

   2)..........................Sebastián Piñera President of Chile....................39( E) (1)

   3).........................Alberto Fernández President of Argentina...............39( E) (1)

   4)...............................Ilir Meta President of Albania....................39( E) (1)

   5)............Gaston Browne Prime minister of Antigua and Barbuda......... 39( E) (1)

   6)............................Armen Sarkissian President of Armenia............39( E) (1)

7)..........................Alexander Van der Bellen President of Austria.......39( E) (3

d)..............................[" ***Ilham Aliyev President of Azerbaijan***"]................. **37 (B) (5)**

1).....................Alexander Lukashenko President of Belarus................16 (A) (3)

2).........................Patrice Talon President of Benin.......................16 (A) (3)

3)............................Luis Arce President of Bolivia...........................16 (A) (3)

4)..Marinko Čavara President of the Federation of Bosnia and Herzegovina...16 (A) (3)

5)..............................Rumen Radev President of Bulgaria.................16 (A) (3)

6)................. Roch Marc Christian Kaboré President of Burkina Faso......16 (A) (3)

e).........................[" ***Évariste Ndayishimiye President of Burundi***"]...............**37 (B) (5)**

1).........................Hun Sen Prime Minister of Cambodia.....................16 (A) (2)

2).....................Jorge Carlos Fonseca President of Cape Verde..............16 (A) (2)

3)...Faustin-Archange Touadéra President of the Central African Republic...16 (A) (2)

4).....................Idriss Débyrepublic chad President (killed )...............16 (A) (2)

5)...............Iván Duque Márquez (Iván Duque) President of Colombia...16 (A) (2)

6).............Denis Sassou Nguesso President of Republic of the Congo......16 (A) (2)

7)...Felix Tshisekedi President of the Democratic Republic of the Congo......16 (A) (2)

f).........................["***Carlos Alvarado Quesada President of Costa Rica***"]......**37 (B) (5)**

1).........................Zoran Milanović President of Croatia....................16 (A) (1)

2).........................Nicos Anastasiades President of Cyprus.................16 (A) (1)

3).....................Miloš Zeman President of the Czech Republic............ 16 (A) (1)

4).....................Ismail Omar Guelleh President of Djibouti.................16 (A) (1)

5)..................Luis Abinader President of the Dominican Republic.........16 (A) (1)

6)............................Guillermo Lasso President of Ecuador.................16 (A) (1)

7)..........................Nayib Bukele, The president of El Salvador...............16 (A) (1)

g)...["***Teodoro Obiang Nguema Mbasogo President of Equatorial Guinea***"]..........**37 (B) (5)**

    1)..........................Kersti Kaljulaid President of Estonia......................16 (A) (4)

    2)............................ Jioji Konrote President of Fiji...........................16 (A) (4)

    3).........................Sauli Niinistö President of Finland........................16 (A) (4)

    4).........................Ali Bongo Ondimba President of Gabon...............16 (A) (4)

    5).....................Katerina Sakellaropoulou President of Greece............16 (A) (4)

    6).....................Mamady Doumbouya President of Guinea...............16 (A) (4)

h)..........................["***János Áder President of Hungary***"]..........................**37 (B) (5)**

    1)...............Umaro Sissoco Embaló President of Guinea-Bissau............16 (A) (5)

    2)....................Fumio Kishida Prime Minister of Japan.....................16 (A) (5)

    3)...................Kassym-Jomart Tokayev President of Kazakhstan............16 (A) (5)

    4).......................Moon Jae-in President of South Korea....................16 (A) (5)

    5).........................Egils Levits President of Latvia...........................16 (A) (5)

    6).....................Moeketsi Majoro Prime Minister of Lesotho...............16 (A) (5)

    7).........................George Weah President of Liberia........................16 (A) (5)

iv)...............[" ***Daniel RischPrime Minister of the Republic of Liechtenstein***"]...**37 (B) (5)**

    1).......................Gitanas Nausėda President of Lithuania.....................37 (A) (1)

    2)....................Xavier Bettel Prime Minister of Luxembourg............... 37 (A) (1)

    3).....................Stevo Pendarovski President of North Macedonia.........37 (A) (1)

    4).......................Andry Rajoelina President of Madagascar..................37 (A) (1)

    5)...........................Lazarus Chakwera President of Malawi...............37 (A) (1)

    6).................... Assimi Goïta President of the Republic of Mali............37 (A) (1)

7)................................George Vella President of Malta.................37 (A) (1)

a).......................["***Mohamed Ould Ghazouani President of Mauritania***"]......**37 (B) (5)**

    1)...........................Maia Sandu President of Moldova....................37 (A) (4)

    2).......................Milo Đukanović President of Montenegro..............37 (A) (4)

    3)...Saadeddine Othmani Head of Government of the Kingdom of Morocco..37 (A) (4)

    4)..........................Filipe Nyusi President of Mozambique ..................37 (A) (4)

    5)............................Hage Geingob President of Namibia.................. 37 (A) (4)

    6)..........................Lionel Aingimea President of Nauru.................37 (A) (4)

b)...........................["***Mohamed Bazoum President of Niger***"].................**37 (B) (5)**

    1)........................Laurentino Cortizo President of Panama.................37 (A) (2)

    2)..................James Marape Prime Minister of Papua New Guinea.........37 (A) (2)

    3).....................Mario Abdo Benítez President of Paraguay...............37 (A) (2)

    4)..........................Pedro Castillo President of Peru........................37 (A) (2)

    5)....................Rodrigo Duterte President of the Philippines.............. 37 (A) (2)

    6).....................Andrzej Duda President of the Republic of Poland......37 (A) (2)

c)................................["***Klaus Iohannis President of Romania***"]............**37 (B) (5)**.

    1)...........................Paul Kagame President of Rwanda....................37 (A) (3)

    2)...............Timothy Sylvester Harris Prime Minister of Kitts and Nevis...37 (A) (3)

    3)...Ralph Gonsalves Prime Minister of Saint Vincent and the Grenadines...37 (A) (3)

    4)..Fiamē Naomi Mataʻafa Prime Minister of the Independent of Samoa......37 (A) (3)

d)..["***Carlos Vila Nova President of the Republic of São Tomé and Príncipe***"]......**37 (B) (5)**

    1).............................Macky Sall President of Senegal........................37 (A) (5)

    2)............... ...........Aleksandar Vučić President of Serbia.................37 (A) (5)

    3).....................Wavel Ramkalawan President of Seychelles..............37 (A) (5)

    4).....................Julius Maada Bio President of Sierra Leone..............37 (A) (5)

    5)........................Zuzana Čaputová President of Slovakia.................37 (A) (5)

    6)..............................Borut Pahor President of Slovenia.................37 (A) (5)

e).........................[" ***Manasseh Sogavare Prime Minister of Solomon***"].........**37 (B) (5)**

    1)....................Abdalla Hamdok Prime minister of Sudan.................36 (X) (1)

    2).....................Emomali Rahmon President of Tajikistan.................36 (X) (1)

    3)..................Samia Suluhu Hassan President of Tanzania.................36 (X) (1)

f)............................["***Francisco Guterres President of East Timor***"].............**37 (B) (5)**

    1).................Paula-Mae Weekes President of Trinidad and Tobago......36 (X) (2)

    2)...........................Kais Saied President of Tunisia........................36 (X) (2)

    3)..................Salmane ben Abdelaziz Al Saoud king of Saudi Arabia......36 (X) (2)

i)............................["***Ashraf Ghani President of Afghanistan***"].................**37 (B) (5)**

    1)  .....................Ebrahim Raissi President of Iran........................36 (X) (4)

    2)  ....................Abdul Hamid President of Bangladesh.....................36 (X) (4)

    3)  ...................Hamed ben Issa Al Khalifa King of Bahrain...............36 (X) (4)

    4)  ...................Jigme Khesar Wangchuck King of Bhutan.................36 (X) (4)

    5)  ....................Hassanal Bolkiah King of Brunei....................36 (X) (4)

    6)  ...................Azali Assoumani President of Comoros.............36 (X) (4)

    7)  ...................Alassane Ouattara President on Ivory Coast............36 (X) (4)

ii)............................["***Charles Savarin President of Dominica***"]..............**37 (B) (5)**

   1)......................Mohamed ben Rachid Al Maktoum King of UAE........36 (X) (5)

   2)........................Salomé Zourabichvili President of Georgia............36 (X) (5)

   3)...........................Nana Akufo-Addo President of Ghana...............36 (X) (5)

   4)...............................Elissbeth II Queen of Grenade.................36 (X) (5)

   5)...............................Irfaan Ali President of Guyana.................36 (X) (5)

   6)........................Prithvirajsing Roopun President of Mauritius.........36 (X) (5)

   7)...........................David Kabua President of Marshall Islands.........36 (X) (5)

   8...................................Barham Salih President of Iraq.................36 (X) (5)

   9)......................................Abdallah II King of Jordan.....................36 (X) (5)

   10.......................Taneti Maamau President of Kiribati..............36 (X) (5)

iii)............................["***Vjosa Osmani President of Kosovo***"]....................**37 (B) (5)**

   1)..................Nawaf Al-Ahmad Al-Jader Al-Sabah king of Kuwait.........34 (D) (1)

   2).....................Bounnhang Vorachith President of Laos....................34 (D) (1)

   3).....................Michel Aoun President of Lebanon.........................34 (D) (1)

   4).....................Mohamed Al-Menfi President of Libya....................34 (D) (1)

   5)..................David W. Panuelo President of Micronesia....................34 (D) (1)

   6).......................Hage Geingob President of Namibia......................34 (D) (1)

*Here, the plaintiff is alleged that he is suing the defendants in both their ["official"] and ["individual"] capacities, pending for additional defendants, they should be no page limitation against the activist for access to the courts, At a minimum, a plaintiff has showing that the official at least implicitly authorized, approved, or knowingly acquiesced in the constitutional violation if they failed to ratify illegal laws.Johnson v. Outboard Marine Corp. 172 F.3d 531 (8th Cir. 1999)*

a)...........................["***Muhammadu Buhari President of Nigeria***"]...............**37 (B) (5)**

    1).........................Haitham ben Tariq King of Oman........................34 (D) (2)

    2).....................Shavkat Mirziyoyev President of Uzbekistan...............34 (D) (2)

    3).....................Tamim ben Hamad Al Thani King of Qatar...............34 (D) (2)

    4)......Francesco Mussoni Giacomo Simoncini President of San Marino......34 (D) (2)

    5)..........................Halimah Yacob President of Singapore...............34 (D) (2)

    6)..........................Salva Kiir President of South Sudan.................34 (D) (2)

b)...........................["***Gotabaya Rajapaksa President of Sri Lanka***"]...........**37 (B) (5)**

    1).......................Chan Santokhi President of Suriname....................34 (D) (3)

    2)..........................Isaias Afwerki President of Eritrea....................34 (D) (3)

    3)...........................Mswati III King of Eswatini........................34 (D) (3)

    4)..........................Bashar al-Assad President of Sirya...................34 (D) (3)

    5)..........................Tsai Ing-wen president of Taiwan....................34 (D) (3)

    6)....................Nguyễn Xuân Phúc President of Vietnam.................34 (D) (3)

    7)....................Tallis Obed Moses President of Vanuatu.................34 (D) (3)

c)......................................["***Tupou VI king of Tonga***"]......................**37 (B) (5)**

    1).......................Kim Jong-Un President of North Korea.................34 (D) (4)

    2)......................Bidya Devi Bhandari President of Nepal.................34 (D) (4)

    3)...........................Elisabeth II Queen of Niue............................34 (D) (4)

    4)..........................Pope Francis King of Vatican..........................34 (D) (4)

    5).....................Emmerson Mnangagwa President of Zimbabwe...........34 (D) (4)

VIII................................["***The Ant(s) Witness Act***"] ("TAWA")............**22 (A) (I) (1)**

    1).........................*Manetirony Clervrain V. Christopher Way*................68 (II) (1)

        ["20-CV-0540"]

    2).........................*Manetirony Clervrain V. Mark Brnovich*....................68 (II) (1)

        ["21-CV-00150"]

    3).........................*Manetirony Clervrain V. Dennis Richardson*............68 (II) (1).

        ["20-CV-00367"]

    4).....................*Manetirony Clervrain V. William D Schuette*.................68 (II) (1)

        ["20-CV-13446"]

    5).....................*Manetirony Clervrain V. Christopher S Porrino*..............68 (II) (1)

        ["20-CV-05462"]

IX................................["***The Ant(s) Movement Act***"] ("TAMA")..............**22 (A) (I) (1)**

    1)...................*Manetirony Clervrain V. Kathleen Hawk Sawyer*................68 (II) (1)

        ["20-CV-00348"]

    2).....................*Manetirony Clervrain V. Tracey Toutman*....................68 (II) (1)

        ["20-MC-00028"]

    3).....................*Manetirony Clervrain V. Racquel Wilson*.....................68 (II) (1)

        ["20-CV-02061"]

    4).....................*Manetirony Clervrain V. Esther Alcocer Koploqitz*...........68 (II) (1)

        ["20-CV-00358"]

    5).....................*Manetirony Clervrain V. Maura Healey*........................68 (II) (1)

        ["19-CV-10371"]

6)...................... *Manetirony Clervrain V. Joshua Stein*........................68 (II) (1)

["19-CT-03056"]

A.................................["***The Ant(s) Duty Mitigating Act***"] ("TADMA")..............**16-21**

   i)............................["***United States Court of Federal Claim***"]...............**23-31 (C)**

       1)................Brian H. Corcoran, Chief Special Master...................18 (iv)

       2)..........................Nora Beth Dorsey......................................18 (iv)

       3)...............................Thomas Gowen......................................18 (iv)

       4)..............................Daniel Horner.......................................18 (iv)

       5)...........................Christian J. Moran...............................18 (iv)

       6)..........................Katherine E. Oler...................................18 (iv)

       7)..........................Mindy Michaels Roth..............................18 (iv)

       8)..........................Herbrina D. Sanders................................18 (iv)

   ii)...............................["***Court of International Trade***"]....................**23-31 (C)**

   iii)............................["***United States Federal Circuit Court***"]...............57( b) (2)

   iv)..............................[*"**United States Supreme Court**"*]........................57 (b) (1)

B.................................["***International Court of Justice***"]...................**23-31 (C)**

C.................................[*"**The Ant(s) Conflict Laws Act**"*] ("TACLA")..........**22 (A) (I) (8)**

   1)..........................*Manetirony Clervrain V. Rachel Chapa*..................68 (II) (1)

["17-CV-00452"]

   2)..........................*Manetirony Clervrain V. Charles Samuel*...............68 (II) (1)

["18-CV-00468"]

   3)..........................*Manetirony Clervrain V. Sara M Revell*...............68 (II) (1)

["18-CV-03166"]

4)...........................*Manetirony Clervrain V. John Coraway*..................68 (II) (1)

["18-CV-00819"]

5)............................*Manetirony Clervrain V. Mary M Mitchell*...............68 (II) (1)

["18-CV-01716"]

6)..........................*Manetirony Clervrain V. Michael Carvajal*..................68 (II) (1)

["18-CV-01514"]

7)..........................*Manetirony Clervrain V. J.A Keller*.......................68 (II) (1)

["18-CV-01854"]

8)..........................*Manetirony Clervrain V. Angela Dunbar*..................68 (II) (1)

["18-CV-01205"]

D.....................................["***The Ant(s) Benefits Act***"] ("TABA")..............**22 (A) (I) (2)**

1)..........................*Manetirony Clervrain V. Andrew Saul* .....................68 (II) (1)

["20-CV-00111"]

2)..........................*Manetirony Clervrain V. Jose Castanade*..................68 (II) (1)

["19-CV-00046"]

3).........................*Manetirony Clervrain V. David Barkebile* ..................68 (II) (1)

["17-CV-00089"]

4).........................*Manetirony Clervrain V. Randolph D Tex Alex*............68 (II) (1)

["20-CV-00132"]

5)....................*Manetirony Clervrain V. James W McCament*............... 68 (II) (1)

["20-CV-00122"]

E........................["***The Ant(s) Prohibition Degrading Act***"] ("TAPDA").............**50 (F)**

    1)..................... *Manetirony Clervrain V. Tracey Jhon*....................23 (A) (I) (21)

        ["18-CV-00038"]

    2)..................... *Manetirony Clervrain V. Ronald Martinez*...............22 (A) (I) (20)

        ["18-CV-00018"]

    3).......................*Manetirony Clervrain V. S. Julian*........................22 (A) (I) (3)

        ["18-CV-00051"]

    4).......................*Manetirony Clervrain V. Stacey Stone*.................22 (A) (I) (12)

        ["18-CV-00028"]

    5).......................*Manetirony Clervrain V. Sean M.Kuta*.................22 (A) (I) (18)

        ["18-CV-00083"]

F...................................["***The Ant(s) Danger Act***"] ("TADA").............**22 (A) (I) (12)**

    1)...........................*Manetirony Clervrain V. Gretchen Whitme*...............68 (II) (1)

        ["20-CV-13431"]

    2).....................*Manetirony Clervrain V. Doug Burgum*......................68 (II) (1)

        ["21-CV-00146"]

    3).......................*Manetirony Clervrain V. Eric T Schneider*.................68 (II) (1)

        ["-----------------------"]

    4).......................*Manetirony Clervrain V. Elaine F Marshall*...............68 (II) (1)

        ["21-CV-00316"]

    5).......................*Manetirony Clervrain V. Mark A Yancer*.................68 (II) (1)

        ["-------------------------"]

G..........................["***The Ant(s) Right(s) Litigation Act***"] ("TARLA").........**22 (A) (I) (6)**

    1).........................*Manetirony Clervrain V. Stanley W Crocket*...............68 (II) (1)

        ["20-CV-01420"]

    2).........................*Manetirony Clervrain V. Robert Dawn*......................68 (II) (1)

        ["20-CV-00922"]

    3).........................*Manetirony Clervrain V. Donald Washington*...............68 (II) (1)

        ["20-CV-05706"]

    4)..........................*Manetirony Clervrain V. Quicy L Booth*....................68 (II) (1)

        ["20-CV-10046"]

    5)..........................*Manetirony Clervrain V. Adam Paul Laxalt*..................68 (II) (1)

        ["21-CV-00275"]

X................................["***The Ant(s) Community Act***"] ("TACA")............**22 (A) (I) (6)**

    1)..........................*Manetirony Clervrain V. Dianna J Duran*...............68 (II) (1)

        ["20-CV-01329"]

    2).....................*Manetirony Clervrain V. Matthew Dunlap*....................68 (II) (1)

        ["20-CV-00404"]

    3).....................*Manetirony Clervrain V. Jeffrey W Bullock* ..................68 (II) (1)

        ["20-CV-01729"]

    4).....................*Manetirony Clervrain V. Adam Paul Laxalt* ..................68 (II) (1)

        ["21-CV-00274"]

    5).....................*Manetirony Clervrain V. Lawrence G Wasden*...............68 (II) (1)

        ["20-CV-00571"]

A..............................["***The Ant(s) Secretive Reform Act***"] ("TASRA").........**22 (A) (I)**

    1).....................*Manetirony Clervrain V. Joseph Eldow* .................68 (II) (1)

                    ["20-CV-00182"]

    2).....................*Manetirony Clervrain V. Matthew T Albence*...............68 (II) (1)

                    ["20-CV-03105"]

    3).....................*Manetirony Clervrain V. Kenneth T Cuccinelli*............68 (II) (1)

                    ["20-CV-00989"]

    4)........................*Manetirony Clervrain V. Francis Cissna*.................68 (II) (1)

                    ["20-CV-02197"]

    5).....................*Cobbina Osei Francis  V. Merrick B. Garland*...............68 (II) (1)

                    ["20-CV-00297"]

B...................................["***The Ant(s) Freedom Act***"] ("TAFA")..............**22 (A) (I) (7)**

    1)........................*Manetirony Clervrain V. Chantel Kreb(s)*.................68 (II) (1)

                    ["--------------------"]

    2).....................*Manetirony Clervrain V.Ruth R. Hugh(s)* .....................68 (II) (1)

                    ["20-CV-04285"]

    3).....................*Manetirony Clervrain V. Steve Sisolak*........................68 (II) (1)

                    ["21-CV-00011"]

    4).....................*Manetirony Clervrain V. Kim Wayman Cera*.................68 (II) (1)

                    ["---------------------"]

    5).....................*Manetirony Clervrain V. Daniel Cameron*.....................68 (II) (1)

                    ["21-CV-00394"]

C....................................["***The Ant(s) Victim Act***"] ("TAVA")................**50 (F)**

    1)....................*Manetirony Clervrain V. Xavier Becera*................22 (A) (I) (12)

        ["21-CV-05371"]

    2)....................*Manetirony Clervrain V. Richard Michael Dewine*......23 (A) (I) (21)

        ["21-CV-01303"]

    3)........................*Manetirony Clervrain V. Tim Fox*....................22 (A) (I) (3)

        ["20-CV-00189"]

    4)........................*Manetirony Clervrain V. Steven Troy Marshall*.......22 (A) (I) (12)

        ["20-CV-01024"]

    5)....................*Manetirony Clervrain V. Delbert Hoseman*...............22 (A) (I) (18)

        ["21-CV-00147"]

D....................................["***The Ant(s) Secretive Act***"] ("TASA")................**22 (A) (I)**

    1)....................*Manetirony Clervrain V. Charles Adkins Branch*...........68 (II) (1)

        ["20-CV-00226"]

    2)....................*Manetirony Clervrain V. David Ferriero*....................68 (II) (1)

        ["20-CV-00136"]

    3)....................*Manetirony Clervrain V. Charles P Rettig*...................68 (II) (1)

        ["20-CV-00402"]

    4)....................*Manetirony Clervrain V. Jeff Sessions*........................68 (II) (1)

        ["17-CV-01858"]

    5)....................*Manetirony Clervrain V. Charles Samuel Jr*...................68 (II) (1)

        ["14-CV-00107"]

E...........................["***The Ant(s) Systematic Treaties Act***"] ("TASTA").......**22 (A) (I) (5)**

    1).........................*Manetirony Clervrain V. Jose Santana*......................68 (II) (1)

          ["19-CV-01118"]

    2).........................*Manetirony Clervrain V. Donna Mellendick* ............. 68 (II) (1)

          ["18-CV-01087"]

    3).....................*Manetirony Clervrain V. Matthew Mellady*...................68 (II) (1)

          ["18-CV-03014]

    4).........................*Manetirony Clervrain V. Eric H Holder* .....................68 (II) (1)

          ["19-CV-00890"]

    5).....................*Manetirony Clervrain V. Jeff Sessions*...........................68 (II) (1)

          ["18-CV-03039"]

1..............................["***Master Hearing for Illegal Convictions***"].....................**22 (D) (3)**

a)....................["***United State of America V. Manetirony Clervrain***"]................**69 (b) 2)**

          ["12-CV-61943-JIC"]

b).........................["*United State of America V. Mackenzie Alexis*"]....................4 (I) (1)

          ["07-CR-20193"]

    1)................["*United State of America V. Gregory Alexis*"]....................4 (I) (1)

          ["07-CR-20193"]

    2)...................["*United State of America V. James Deris*"]......................4 (I) (1)

          ["11-CR-20074"]

    3)................["*United State of America V. Jean Gardy Gedeon*"].................4 (I) (1)

          ["12-CR-00212"]

3)...............["*United State of America V. Hussein S Cherv*"]....................4 (I) (1)

["12-CR-00120"]

4)...................["*United State of America V. Paul Abel*"].........................4 (I) (1)

["07-CR-20193"]

5)..................    ["*United State of America V. Cobbina Osei-Fosu*"]...........4 (I) (1)

["GLR-1-14-CR-00600-004"]

6)...................["*United State of America V. Shamback Francois*"]...............4 (I) (1)

["16-CR-00334"]

7)...................["*United State of America V. Theophilus Akwei*"].................4 (I) (1)

["11-CR-00199"]

c).......................["**United State of America V. Josette Jean Jacques**"]................69 (b) (2)

["07-CR-20193"]

II............................["**National Issues Performance Act**"] ("NIPA")....................33 (A)

1)..............["*Manetirony Clervrain  V. United States of America*"]............23 (C) (3)

["21--CV-01919"]

2)...................["**Manetirony Clervrain** *V. Quincy L Booth*"].................23 (C) (3)

["21-2134"]

B.......................["**Countries Affairs Treaties Function Act**"] (CATFA)...............51 (II)

1.........["**Racketeering Influence and Corrupt Organization Act**"] ("RICO")...**21 (D)**

a)....................The Sherman Act (TSA)....................................1-83

b).......................The Clayton Act (TCA)................................1-83

c)....International Convenant on Civil and Political Rights (ICCPR).........1-83

d)..........American Convention on Human Rights (ACHR).................1-83

2)………[“***European Convention for the Protection of Human Rights***”]…….**72 (III)**

I……………………………..[“***United States Of America***”]………………………50 (G)

a)…………………………[“***Republic Of Haiti***”]……………………………*20(A) (1)*

    1)…………………Republic of South Africa…………………*20(A) (1)*

    2)…………………Commonwealth of Australia………………*20(A) (1)*

    3)…………………Republic of Honduras……………………*20(A) (1)*

    4)…………………Republic of Cuba…………………………*20(A) (1)*

    5)…………………Republic of Ethiopia………………………*20(A) (1)*

    6)…………………Republic Of Canada………………………*20(A) (1)*

    7)…………………Republic of Brazil…………………………*20(A) (1)*

    8)…………………Kingdom of Britain………………………*20(A) (1)*

    9)…………………Kingdom of Spain…………………………*20(A) (1)*

    10)…………………Republic of Nigeria…………………………*20(A) (1)*

    11)…………………Republic of Cameroon………………………*20(A) (1)*

    12)…………………Republic of Somalia…………………………*20(A) (1)*

    13)…………………Republic of New Zealand……………………*20(A) (1)*

    14)…………………Republic of Nicaragua………………………*20(A) (1)*

    15)…………………Republic of Guatemala………………………*20(A) (1)*

    16)…………………Republic of Gambia…………………………*20(A) (1)*

    17)…………………Republic of Jamaica…………………………*20(A) (1)*

    18)…………………United States of Mexico……………………*20(A) (1)*

b)…………………………[“***Republic of India***”]………………………………5 (iii)

II...............................["***Nations Union Treatment Act***"] (NUTA) ......**22-23 (A) (I-II)**

   a).................................["***Republic of Angola***"]...........................**50 (IV) (2)**

   b)............................["***Commonwealth of Bahamas***"]....................*20(A) (1)*

        1).........................Kingdom of Belgium.............................*20(A) (2)*

        2).......................Commonwealth of Belize...........................*20(A) (2)*

        3).........................Republic of Botswana.............................*20(A) (2)*

        4).......................Kingdom of Denmark..............................*20(A) (2)*

        5)..........................["***Republic of China***"]...........................*20(A) (2)*

        6)..........................["***Republic of France***"].........................*20(A) (2)*

        7)..........................["***Republic of Italy***"]..............................*20(A) (2)*

        8)..............................Republic of Kenya...........................*20(A) (2)*

        9)..............................Republic of Israel..............................*20(A) (2)*

        10)..........................Kingdom of Germany.........................*20(A) (2)*

        11).........................Republic of Ireland, Iran.......................*20(A) (2)*

        12).........................Republic of Egypt...........................*20(A) (2)*

        13)..........................Federation of Russia..........................*20(A) (2)*

        14).........................Kingdom of Norway..........................*20(A) (2)*

        15)......................Republic of Portugal.............................*20(A) (2)*

        16)....................Republic of Switzerland.............................*20(A) (2)*

        17)......................Kingdom of Sweden.............................*20(A) (2)*

        18)..................Bolivian Republic of Venezuela......................*20(A) (2)*

        19)....................Kingdom of Netherlands.........................*20(A) (2)*.

        20).......................Republic of Uruguay.............................*20(A) (2)*

21).........................Republic of Chile................................*20(A) (2)*

III.........................["***Mitigation Issues For Dander Act***"] (MIFDA)......**22-23 (A) (I-II)**

    a)...............................["***Republic of Argentina***"]...................**50 (II) (B) (2)**

        1).........................Republic of Albania................................*20(A) (3)*

        2)..................Republic of Antigua and Barbuda......................*20(A) (3)*

        3).........................Republic of Armenia................................*20(A) (3)*

        4).........................Republic of Austria................................*20(A) (3)*

        5).........................Republic of Azerbaijan............................*20(A) (3)*

        6).................Republic of Belarus...............................*20(A) (3)*

        7)...........................Republic of Benin................................*20(A) (3)*

        8)...........................Republic of Bolivia................................*20(A) (3)*

        9).................Republic of Bosnia and Herzegovina.................*20(A) (3)*

    b)...............................["***Republic of Bulgaria***"].......................**50 (IV) (2)**

IV.........................["***Prevention Terrorism Secretive Act***"] (PTSA)....**22-23 (A) (I-II)**

    1)...............................["***Republic of Burkina Faso***"]....................**50 (IV) (2)**

        a).........................Republic of Burundi.................................50 (II)

            1)...............Republic of Cambodia...............................50 (II)

            2)...............Republic of Cape Verde............................50 (II)

            3)...............Central African Republic............................50 (II)

            4)..................Republic of Chad................................50 (II)

        b)..........................["***Republic of Columbia***"]............................50 (II)

            5)...................Republic of Congo.................................50 (II)

            6)...............Democratic Republic of Congo....................50 (II)

7)................Republic of Costa Rica............................50 (II)

8)..................Republic of Croatia............................50 (II)

9)....................Republic of Cyprus...........................50 (II)

V.............["**_Media Issues Publication Provision Act_**"] (MIPPA)......**22-23 (A) (I-II)**

   a).............................["**_Czech Republic_**"].......................**50 (IV) (2)**

      1)...................Republic of Djiboiti..........................50 (II) (1)

      2).................Republic of Dominica..........................50 (II) (1)

      3)....................Republic of Ecuador..........................50 (II) (1)

   b)..........................["**_Republic of Elsavador_**"]...................**50 (IV) (2)**

      4)...............Republic of Equatorial Guinea....................50 (II) (1)

      5)......................Republic Of Estonia........................50 (II) (1)

      6).....................Republic Of FiJi............................50 (II) (1)

      7).....................Republic of Finland..........................50 (II) (1)

      8)....................Republic of Garbon..........................50 (II) (1).

      9)....................Republic Of Greece..........................50 (II) (1)

      10)...................Republic of Guinea..........................50 (II) (1)

      11).................. ..Republic of Hungary......................50 (II) (1)

      12)..................Republic of Guinea Bissau...................50 (II) (1)

      Under the transitory torts doctrine, however, "the only justification for allowing a party to recover when the cause of action arose in another civilized jurisdiction is a well founded belief that it was a cause of action in that place, and the question is instead whether the court has authority to recognize a cause of action under U.S. law to enforce a norm of international law. <u>Cuba R. Co. v. Crosby</u>, 222 U.S. 473, 479, 32 S. Ct. 132, <u>56 L. Ed. 274</u> (1912)

      4)..................Republic of Montenegro................................50 (II) (3)

      5)..................Republic of Morocco...................................50 (II) (3)

      6)................Republic of Mozambique...............................50 (II) (3)

      7).....................Republic of Nambia..................................50 (II) (3)

A................["***Prevention On Genocide Nationality Act***"] (POGNA)......**22-23 (A) (I-II)**

    1)..........................["***Republic of Iceland***"]...........................**50 (IV) (2)**

    i)...............................Republic of Japan...................................50 (II) (2)

        1).................Republic of Kazakhstan.............................50 (II) (2)

        2).................Republic of South Korea.............................50 (II) (2)

        3).......................Republic Latvia...................................50 (II) (2)

        4)....................Republic of Resotho...............................50 (II) (2)

        5)....................Republic of Liberia..................................50 (II) (2)

        6).................Republic of Liechtenstein..............................50 (II) (2)

        7)....................Republic of Lithuania................................50 (II) (2)

        8).................Republic of Luxembourg..............................50 (II) (2)

        9).................Republic of Macedonia...............................50 (II) (2)

    ii)...........................["***Republic of Madagascar***"].......................**50 (IV) (2)**

B..........................["***Family Union Treaties Criminal Act***"] (FUTCA)...**22-23 (A) (I-II)**

    1)..........................["***Republic of Malawi***"]...........................**50 (IV) (2)**

    a)...............................Republic of Mali.....................................50 (II) (3)

        1)....................Republic Malta.......................................50 (II) (3)

        2).................Republic of Mauritania.................................50 (II) (3)

        3).................Republic of Madova..................................50 (II) (3)

        4).................Republic of Montenegro...............................50 (II) (3)

        5).................Republic of Morocco.................................50 (II) (3)

        6).................Republic of Mozambique...............................50 (II) (3)

        7)....................Republic of Nambia..................................50 (II) (3)

8)....................Republic of Nauzu.......................................50 (II) (3)

9)....................Republic of Niger........................................50 (II) (3)

10)...................Republic of Panama..................................50 (II) (3)

b)..................[*"Republic of Papua New Guinea"*]...........................**50 (IV) (2)**

I....................................[*"Republic Of Paraguay"*]..............................**50 (IV) (2)**

1)................................Republic of Peru.....................................50 (II) (4)

2)..............................Republic of Philippines...............................50 (II) (4)

3)..............................Republic of Poland...................................50 (II) (4)

4.................................Republic of Romania................................50 (II) (4)

5)..............................Republic of Rwanda..................................50 (II) (4)

6)..............................Saint Kitts and Nevis................................50 (II) (4)

7)..........................St.Vincent and Grenadines.............................50 (II) (4)

8)..............................Republic of Samoa..................................50 (II) (4)

9)..........................Sao Tome And Principal...............................50 (II) (4)

10)...........................Public of Senegal...................................50 (II) (4)

11)...........................Republic of Serbia..................................50 (II) (4)

12)...........................Republic of Seychelles..............................50 (II) (4)

13)..........................Republic of Sierra-Leone............................50 (II) (4)

*("[A]ll actions of a transitory nature that arise abroad may be laid as happening in an English county"); ("Wherever, by either the common law or the statute law of a State, a right of action has become fixed and a legal liability incurred, that liability may be enforced and the right of action pursued in any court which has jurisdiction of such matters and can obtain jurisdiction of the parties"). Dennick v. Railroad Co., 103 U.S. 11, 18, 26 L. Ed. 439 (1881)*

D.........................[*"**Treaties On Widespread Crimes Act**"] ("TONWA")...**22-23 (A) (I-II)**

 i)...............................[*"**Republic of Slovakia**"].........................**50 (IV) (2)**

  1)........................Republic of Slovenia................................50 (IV)

  2).....................Republic of Solomon Islands.........................50 (IV)

  3)............................Republic of Sudan..............................50 (IV)

  4)............................Republic of Tajikistan........................50 (IV)

  5)............................Republic of Tanzania.........................50 (IV)

  6)........................Republic of Timor Leste..........................50 (IV)

  7)........................Republic of Trinidad and Tobago..................50 (IV)

  8)............................Republic of Tunisia.........................50 (IV)

  9)............................Republic of Turkey.....................50 (IV)

 ii)...............................[*"**Republic of Turkmenistan**"]................**50 (IV) (2)**

E.......................[*"**Treaties Educative Crimes Scene Act**"] (TECSA)......**22-23 (A) (I-II)**

 1)................................Republic of Tuvalu...............................50 (IV) (1)

 2)................................Republic of Uganda............................50 (IV) (1)

 3)................................Republic of Yemen............................50 (IV) (1)

 4)................................Republic of Zambia.............................50 (IV) (1)

 6)................................Republic of Saudi Arabi......................50 (IV) (1)

 7)................................Republic of Afghanistan......................50 (IV) (1)

 8)..............................Republic Of Iran...........................50 (IV) (1)

 9)..............................Republic Of Bangladesh.........................50 (IV) (1)

 10)..............................Republic of Bahutan............................50 (IV) (1)

 i)...................................[*"**Republic of Brunei**"].......................**50 (IV) (2)**

1)...............................Republic Of Comoros...........................50 (IV) (1)

2)...............................Republic of Dominica...........................50 (IV) (1)

3).......................Kingdom of United Arab Emirates.................50 (IV) (1)

4)........................... Republic of Georgia............................50 (IV) (1)

5)...............................Republic of Ghana............................50 (IV) (1)

6)...............................Republic of Grenada...........................50 (IV) (1)

7)...............................Republic of Guyana...........................50 (IV) (1)

8)...............................Republic of Mauritius...........................50 (IV) (1)

9)...............................Republic of Marshall Island.................... 50 (IV) (1)

ii)................................["**_Republic of Ivory Coast_**"].......................**50 (IV) (2)**

1)...............................Republic of Iraq..............................50 (IV) (3)

2)...............................Republic Of Jordan.............................50 (IV) (3)

3)...............................Republic of Kiribati...........................50 (IV) (3)

4)...............................Republic of Kosovo...........................50 (IV) (3)

5)...............................Kingdom of Kuwait...........................50 (IV) (3)

6)...............................Republic of Loas..............................50 (IV) (3)

7)...............................Republic of Lebanon...........................50 (IV) (3)

8)...............................Republic of Lybia...............................50 (IV) (3)

9)...............................Republic of Micronesia..........................50 (IV) (3)

We are asking if the defendants are ["**_Racist by Nature_**"] is related Matters for questioning each of the defendants countries, including to explain what is the meaning of ["**_Nationality_**"], or by applying the concept of ["**_Unjust Classification Act_**"] ("UCA") or ("UCCA"), or common crimes, they are claims for public opinion at the defendants expenses , or matter exercise their power. _Burford v. Sun Oil Co_. 319 U.S. 315 (1943)

iii)...........................................["***Republic of Nambia***"]...........................**50 (IV) (2)**

    1)...........................................Republic of Nigeria...............................50 (B) (1)

    2)...........................................Republic of Oman................................50 (B) (1)

    3)...........................................Republic of Uzbekitan...........................50 (B) (1)

    4)...........................................Republic of Qatar................................50 (B) (1)

    5)...........................................Republic of San-Marino..........................50 (B) (1)

    6)...........................................Republic of Singapore...........................50 (B) (1)

    7)...........................................Republic of South Sudan.........................50 (B) (1)

    8)...........................................Republic of Sri Lanka...........................50 (B) (1)

    9)...........................................Republic of Suriname............................50 (B) (1)

    10)...........................................Republic of Eritrea..............................50 (B) (1)

iv)...........................................["***Kingdom of Eswatini***"]...........................**50 (IV) (2)**

    1)...........................................Republic of Sirya...............................50 (B) (4)

    2)...........................................Republic of Taiwan..............................50 (B) (4)

    3)...........................................Republic of Vietnam.............................50 (B) (4)

    4)...........................................Republic of Vanuatu.............................50 (B) (4)

    5)...........................................Republic of Tonga...............................50 (B) (4)

    6)...........................................Republic of North Korea.........................50 (B) (4)

    7)...........................................Republic of Nepal...............................50 (B) (4)

    8)...........................................Kingdom of Vatican..............................50 (B) (1)

    9)...........................................Republic of Zimbabwe............................50 (B) (1)

F..............................["***The Ant(s) Generality Act***"] ("TAGA")............**22-23 (A) (I-II)**

    1)............*Manetirony Clervrain V. United States Of America*............22 (A)( I) (3)

               ["20-CV-00480"]

    2).............*Manetirony Clervrain V. United States of America* ...........22 (A)( I) (3)

               ["21-CV-00393"]

    3).............*Manetirony Clervrain V. United States of America* .................50 (II)

               ["........................"]

G........................["***Criminals Issues Liabilities Concerns Act***"] (CILCA)..............**6 (a)**.

I...................................["***District Court of Kansas***"].........................................

    1).............................Eastern District of Texas.................................20(A) (2)

    2).........................Southern District of Mississippi...........................20(A) (3)

II............................["***Northern District of West-Virginia***"]...........................75 (C)

III.................................["***Southern District of Florida***"]...............................7 (iii)

    1).........................Northern District of Florida.....................................47 (D)

    2).................... .....Eastern District of Pennsylvania................................47 (E)

    3)..............................District of Maryland...................................48 (E) (I)

    4)...........................Western District of Kentucky.............................48 (E) (II)

IV.................................["***Northern District of Texas***"]............................75 (C) (2)

    1).........................Middle District of Pennsylvania..............................49 (iii)

    2)...........................Western District of Missouri.................................21( D)

    3...........................Northern District of Oklahoma...........................75 (C) (3)

    4)........................Eastern District of Virginia..................................49 (iv)

V.....................................["***District of New-Mexico***"]................................50 (F)

## MOVEMENT ON CRIMES MITIGATING ACT ("MOCMA")

**II**. First, it must be determined whether a reasonable investigation should have uncovered such mitigating evidence. If so, then a determination must be made whether the failure to put this evidence before the jury was a tactical choice before trial. If so, such a choice must be given the presumption of rights;

1) For the correctness, and the inquiry is generally at an end, is within this ["***Motion for enforcing Power or Guidance Against facially Attack by Invoking the Ant(s) Nationality Ac***t"] ("TANA"), If the choice was not tactical and the performance was deficient, then it must be determined by;

2) If there is a reasonable probability that, ["***Nationality***"], ["***Alien Status***"] could possibly be the proximate cause of his injuries in facts but, the result would have been different cause by punitive laws;

3) This court or the seventh circuit["21-02258"] should never returned his motion filed, or extended his ["***Undue financial***"], or ["***Pauperis Status***"] because of the same similar situation to consider by facts;

a) On or about October 1, 2021 this court ["20-CV-04285"], which failed to explain why the motion is largely nonsensical beyond reasonable intent  of congressional intent to inform public interest;

b) That is to say that regardless if the plaintiff who is still in control theory by the agencies actions, or lack of resources, including this time equitable reliefs to prove his claims against widespread crimes;

1) As such being the case ["Dkt 10"] certainly explain exceptional circumstances warrant for considering  want of  prosecution if that ever existed, which the courts dismissed without definite matters;

2) That is because the judicial officials performance is being question, ["***Gray H. Miller***"] must answer if her behavior effected his dismissal signed on October 1, 2021 or additional claims for bias answers;

3) Then because the plaintiff filed the various evidence to the various courts,[ 21-MC-0017"] contains some evidence for majority opinion,  but because the courts failed to provide him access electronic filling;

a) Then we are asking the Northern District of Oklahoma to explain why? Prolific litigant and his members should not have access to ["***Pacer***"], before serving the defendants to response factual claims;

b) As well as for this court in the western District of Missouri ["21-CV-04175"] It recognized that the court had not decided the [""***changed circumstances***"] question of facts  that is by national reliefs;

1) If the courts  failed to consider then we are asking if the restrictions imposed imposed ["***Tort violations***"] against each of the judicial officials violated laws by way of extortion unless they responding;

i) The failure by the ["***Judge, Nanette K. Laughrey***"] is not beyond her performance for granted him (IFP), ["Dkt, 1"], that is because this motions filed are clearly understandable along for amending rights;

ii) If a reasonable person could evaluate the administrative records from the alleged facts, the defendants are involved in the conspiracy, including even the various judicial officials against the son of God;

2) At least, this court , *Clervrain v. Schimel* 20-CV-538 SRC (E.D. Mo. Jun. 9, 2020), but failed to file motions, which in violation the rules, and congressional intent, or negligence or conspiracy claims;

a) Here, ["***Judge Stephen R. Clark***"] can not denied the alleged claim against him, or it appears that the western district is trying to claimed that the eastern district denied him (IFP) without evaluating;

b) The failure to decipher claims by the courts should not the options to extended injuries because of his allegation of crimes, which the various judicial officials are aware of the claims, but failed to correct;

c) At this point any allegations by the court int he western district of Missouri, is premature and granted him (IFP) is matter of rights, particular to protect the public interest can not be effected by control theory;

i) The question for the courts involved conspiracy claims, is presenting to evaluate if the courts failed to review widespread violations ["20-CV-00402"], or if whether the courts involved illegal transfers;

ii) That is something the Eastern District of Oklahoma can not denied ["20-CV-00398"], or evidence to show to good cause exception is presenting against the defendants criminal enterprises against recidivism;

1) Then we asking the defendants if ["Dkt, 8"] contains right information, to compel additional evidence or how many individuals suffered by the same judicial officials or within each of the federal courts;

2) Under ["Dkt, 10"] the plaintiff used the word ["***Clear and convincing evidence***"], or to challenged the ("INA"), or ["***aggravation concerns***"] or subject matter to ["***Benefits***"] public interest by laws;

a) Here, if we applying ("MOCMA"), at page, 88-94 (I-VI), which the plaintiff is filling a Tort claim against each of the courts involved in conspiracy to restrict him to ligate his movement by illegal means;

b) At the same time, at page, 94 (I)-99) concerns matter for the agencies to apply their expertise within the true meaning, or ["***intellect intent***"] or matter for ["***invention rights***"] to mitigating crimes;

1) On or about May 1, 2020 the plaintiff filed a petition for writ of Habeas Corpus ["Dkt, 1"], which what denied without cause, but for the courts to imposed additional restriction without evaluate concerns;

2) The public matters is being question against the defendants ["***Behavior Conflicting***"], or they are matters for ["***Rights***"] or ["***Wrongs***"], based upon the same facts that supported to engage in serious crimes;

3) If the court dismissed ["Dkt, 5"] On November 16, 2020 or failed to incorporated the claims by Notices, or remarks of [" ***Patent***"] and ["***Trademark***"] for his movement against the defendant actions;

a) Here, ["***Behavior conflicting***! or Rights or Wrong"], or Title for his ["***Book***"] to be printed at the agencies expenses, or Matter for publication ["Dkt, 7'] will identify information to discerning claims;

b) As such being the cases the ground to inform the public concerning revolutionary rights can not be disregarded by the courts failure [Dkt, 8] they are matter for additional damages against illegal practices;

b) Accordingly, the plaintiff motion to show good cause and reopening governmental brutality is presenting withing reasoning, illegal ["**_Moot Status_**"] or ["**_Alien Status_** "] as evidence related matters;

1) Here, under ("MOCMA"), at page 77 (D) (I) is representing to the courts for evaluating the defendants fear liability concerns, at, subsection [(I)(1-3)], or impact of emotional distress liability;

a) The negligent delivery type of situation, fear of cancer liability ["17-CV-00313"], or that is because the defendants exposure to death penalty is presenting with direct evidence or as illegal conviction claims;

b) As such being the case, we presume that illegal judgments  warrants actual pecuniary damages may in all cases be measured is possible , it is the element of the cause of actions by the authority brought;

c) To the agencies attention ["17-CV-03194"], or that is for punitive damages because the defendants conducts are motivated by evil intent, or when they involve reckless or callous indifference issues;

a) As well as they failed to protect the plaintiff , even so, or because their action are so punitive [" **_fine_**"] and restitution should be imposed because the various judicial officials allegation for moot status;

b) Moreover, punitive damages should be applied because of the defendants ["*Quasi criminal*"] procedures, ["11-CR-20074"], then we assumed under the same principal for additional damage by laws;

1) That is including for the court ["12-CV-61943"] to consider this cases for civil actions for the alleged opposition to criminal misconduct, as the ("BIA") failed to consider the conspiracy against the activist;

i) Indeed, the ("BIA) remanded the cases to ("EOIR"), or failed to perform affirmative actions, or follow the the other, be similar in character, or to be part of the overall of their plan by criminal misconducts;

ii) Under ("MOCMA"), at page (80) (C), that is for compelling grievances procedures, or effecting his mental condition by way of imposition to serious crimes , or matter for initiating prosecution claims;

2) As such being the cases the word ["*Recidivism*"] under ("CIRANA"), or at page 79 (B) [1-5"] they are serious issues, or for the defendants to release administrative records entirely to assist procedures;

3) To that extent the federal circuit court jurisdiction is to analysis the criminal enterprises alleged based upon punitive laws, ["21-2131"], to enforce congressional power under the commerce clauses;

a) The same effect is for majority opinions, or to apply ["**_Apex Doctrine_**"] against ["**_Moot Status_**"], that is a national relief ["Dkt, 22"] it express unique personal knowledge of facts relevant to any of materials;

1) Under the ("FOIA") the inventor , or activist, is empowered to obtain copies of existing document to be release (DOI), or relevant to the conspiracy claims alleged  for additional damages for individualism ;

2) To that extent we asking ["**_Mrs. Cynthia Sweeney_**"] if the 70, 000 people are liable for the conspiratorial claims, or information to be release as part of the controversy to justify negligent official misconducts;

3) The request is referencing to the agencies and the courts ["DOI-OS-2022-00071"], that is to inform the public that there is more individuals involved in the ["**_trade secret_**"] or for future communications;

4) To that extent the plaintiff is proving that, he is concerning regarding each of the agencies full biography, resumes, and related information under ("MOCMA"), at page 94 (A) (I) for questioning;

5) As well for the office of the Secretary of the States or the Executive branches to delegate power within the applicable laws , or to be review by the agencies actions within the same meaning to enforce laws;

b) This is certainly not a final response for ["MSPB"] to initiate investigation against the various judicial officials on these cases, at page, 72-84 or allegations for evaluating negligence agencies conducts;

1) The we are including the document are part of the review for claim or additional injuries in facts if they failed to perform their duty ["MSPB-2022-000006"] that is appear to be clear to clarify function;

2) That is because ["***Mrs. Karen Kelly***"] must inform the chairman concerning the illegal convictions across the country, or to benefits the various ["***Deportable alien***"] including family for injustice matters;

i) On or about about October 8, 2021 this court ["5D21-2146"] granted plaintiff an extension to file amended Notice of Appeal, which was filed to the court, but without consider jurisdiction claim;

a) Here, this court in the fifth district of jurisdiction to investigate judicial officials concerns, or to evaluate damages by extortion imposed by illegal conviction, or constitutional question that raise to litigate;

b) For the federal questions, or predicating on the ground against Market Manipulation, therefore, it is important for to be certain that the governments, or judicial officials are following procedural rules;

c) To that extent we asking if the courts must question the clerk ["***Mrs. Sandra. B. William***"] who is the clerk, of the court ["2021-CC-0083207-O"], and t show cause regarding judicial conducts;

ii) It is appears that the plaintiff is addressing claims for similar misconduct, those claims are specifically, but also to evaluate due process clause of the Fourteen Amendment, or for federal court concerns;

a) it is entirely possible that the Florida federal courts would have resolved this case on state statutory or constitutional grounds, without reaching the federal constitutional questions raises in these cases.

b) As we have noted, the judicial officials are involved in serious conspiracy in situations like this offers the opportunity for narrowing constructions that might obviate constitutional issues for damages rights;

1) The short of the matter is this: the suit involves a claim for breach of a contract, part of the consideration for which was dismissal of an earlier by the state court for considering as part of controversy claims;

2) As such being the case, the September 14, 2021 to show cause must be granted against the counsel and his client, who are ["***Carrison-Gonzalez***"] and ["***Claude Dora***"] for their violations alleged claims;

i) As such being the case, we assumed that the defendants must show good cause why" they should not settle the claims for constitutional violations pending to prove the connections additional claims for reliefs;

ii) The facts to be determined with regard to such alleged breaches of contract are quite separate from the facts to be determined in the principal suit, and automatic jurisdiction over such illegal contracts;

1) That is in no way essential to the conduct of federal court business. If the parties wish to provide for the court's enforcement of a dismissal-producing settlement agreement, they can seek to do so by enforced;

2) As such being  then case when the dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(2), which specifies that the action "shall not be dismissed at the plaintiff's instance save upon orders;

3) of the court and upon such terms and conditions as the court deems proper," the parties' compliance with the terms of the settlement contract or the court's "retention of jurisdiction" over settlement claims;

4),Then,  we think the court is authorized to embody the settlement contract in its dismissal order or, what has the same effect, retain jurisdiction over the settlement contract if the parties agree for actionable;

5) Moreover, enforcement of the settlement agreement is for state courts, unless there is some independent basis for federal jurisdiction ["**_21-MC-00108_**"], which the defendants can not denied the claims;

a)  The plaintiff claimed monopolization under the Sherman Act, 15 U.S.C. § 2, alleging several theories; one theory contended that the defendant was monopolizing the market by wrongfully advising

b) As well as if the word ["**_Alien_**"] is a subject matter concerning the violations by the defendant's trade secrets when, in fact, there is pauperis status imposed by punitive laws underlying content to litigate;

c) They were invalid; the remaining theories were not related to any patent issue, which the plaintiff is invoking his ["**_invention_**"] against practice of ["**_Terrorism_**"], or illegal trade effect for attempt to commit;

1) The claims under § 2 of the Sherman Act, "to determine whether there is a dangerous probability of monopolization, courts have found it necessary to consider the relevant market by the defendant's ability;

2)  That is presenting to lessen or destroy competition in that market, then we asking to response their attempt, or failure to rectify secretive crimes with the laws being question by way of the illegal means;

3)For the reasons we are defining the market by ["***Deportable Alien***"] there is  way to measure [the defendant's] ability to lessen or destroy [***"Masses"***] inside their so called prison industry by facts;

i) On about April 2, 2014 the plaintiff filed a grievances against the defendants so called serious crimes by way of violated human rights quoted by the activist  who is invoking claims by public safety factor;

a) Here, the the defendants can not prove that the plaintiff is dangerous to any community for their [***"Mass deportation"***] or [***"incarceration"***] or if that is a class to be protected against defendants theory;

b) That their theory was applied with the same concept of assumption under the ("INA"), secondly, the plaintiff alleged that Title, [***"18 U.S.C. § 3621"***] does not mentioned alien as to separate human;

[***"Section 3621 - Imprisonment of a convicted person"***] ["(g) PARTNERSHIPS TO EXPAND ACCESS TO REENTRY PROGRAMS PROVEN TO REDUCE RECIDIVISM"].-

(1) DEFINITION.-

*The term "demonstrated to reduce recidivism" means that the Director of Bureau of Prisons has determined that appropriate research has been conducted and has validated the effectiveness of the type of program on recidivism.(2) ELIGIBILITY FOR RECIDIVISM REDUCTION PARTNERSHIP.-A faith-based or community-based nonprofit organization that provides mentoring or other programs that have been demonstrated to reduce recidivism is eligible to enter into a recidivism reduction partnership with a prison or community-based facility operated by the Bureau of Prisons.(3) RECIDIVISM REDUCTION PARTNERSHIPS.-The Director of the Bureau of Prisons shall develop policies to require wardens of prisons and community-based facilities to enter into recidivism reduction partnerships with faith-based and community-based nonprofit organizations that are willing to provide, on a volunteer basis, programs described in paragraph (2).*

d) As such being the cases the plaintiff again alleged that appeal ["769052-R2"] was a serious challenged for which the defendants retaliate against him because of his movement or exhausting his the right to informal;

1) That is because both the ("INA") and the statute in question imposed restrictions, they are extremely hard on family Unity, or support a claims for [*"**Apartheid**"*], or crimes against humanity by the applicable laws;

2) On or about [*"**Stracy Treat**"*] a defendant that is part of the conspiracy stated that the plaintiff should not concerned about the different issues concerning illegal classification or public safety factor is unconstitutional issue;

3) According to to the response  on January, 08, 2014, an inmate who is not [*"**Citizen**"*] of the Untied States will received a [*"**public safety factor**"*] or affirmative action must be determining in light of the circumstances;

4) The defendants assumed deportation was mandatory, regardless of claims, but also ("EOIR") and ("ICE") official aware of the criminal misconducts, ("MOCMA"), at page 94 (A) (I) address the agencies concerns;

i) As [*"**Non-Citizen**"*], or [*"**Alien**"*] they are both words and terms that were applied for the same purpose of unjust classification for presidential concerns ["18-CV-03039"], or for designated permanent resident granted;

ii) That was made specifically by the ("DCSS") imposed liability against the agencies and their employees, or claim for ["*Systematic Attack*"] to inform the agencies why they are not liable for he alleged conspiracy;

iii) As ("MCF") confirm violation for the various constitutional rights, which we asking the defendants must inform the public the condition of confinement imposed will justified their action to dangerous theory;

a) Under ("MOCMA"), at page 96 (A) is a question for Negligence Misconduct(s), relevant conducts to invoke the ["*S.D. Codified Laws § 16-16-2.3*"] ; Section 16-16-2.3 - Good moral character-relevant conduct;

> *The presence of any of the following may be cause for further inquiry:(a) Unlawful conduct, including cases in which the record of arrest or conviction was expunged, with the exception of juvenile arrests and dispositions unless they pertain to a serious felony;(b) Academic misconduct;(c) Making of false statements, including omissions;(d) Misconduct in employment;(e) Acts involving dishonesty, disloyalty, fraud, deceit, or misrepresentation;(f) Abuse of legal process, including the filing of vexatious lawsuits;(g) Neglect of financial responsibilities;(h) Neglect of professional obligations;(i) Violation of an order of a court, including child support orders;(j) Evidence of mental or emotional instability;(k) Evidence of drug or alcohol dependency or abuse;(l) Denial of admission to the bar in another jurisdiction on character and fitness grounds;(m) Disciplinary action against an applicant in any jurisdiction;(n) Practicing law while not being so licensed. The foregoing list is representative, not exclusive.*

b) Then we assumed that the defendants must response why they should be liable if they failed to perform their duty if they are liable ["*intervening cause*"] and ["*ratification theory*"] unless the politicians answers;

c) They certainly failed to consider ["*Alien Status*"] or failed to ratify ["*Pauperis Status*"] they are related claims, but also relevant conducts to mitigating secretive crimes by the defendants failure to consider factors;

1) The Cornerstone of the Federal Sentencing Guidelines, 41 S.C.L.Rev. 495, 496 (1990) [hereinafter Wilkins Steer]. In promulgating the relevant conduct guideline, the Commission adopted a so-called real offense;

2) "As such the philosophy, since section ["*__1B1.3__*"] calls for sentencing based upon the ["*__actual conduct__*"] engaged in, rather than only upon the offense for which the defendant was convicted for conflicting laws;

3) As well as U.S.S.G. § 1B1.3, comment, uncharged conduct may enter into determination of applicable guideline sentencing range, then we are questioning the agencies if mass deportation is questionable issues;

4) To this end, subsection (a)(2) of the relevant conduct guideline requires courts, in determining an offender's base offense level, to include "all such acts and omissions that were part of the same course of illegal conducts;

5) The scheme applicable by the agencies under ("MOCMA"), at page 88-94 (VI) (A) to apply relevant conduct against the agencies and judicial officials or common scheme or plan as the offense of right convictions.

6) As such being the cases the defendants must response why? This should not applicable to them " ["*__U.S.S.G. § 1B1.3(a)(2)__*"], if they aware of the crimes, along they must applied Mens Rea illegal concepts;

7) That is so that that all of the ["Deportable Alien"] conviction must be declared illegal until the defendants can prove why" Attempt to ["**_commit crimes_**"] does not applied to them by the same special situation concerns ;

8) As well as for those suffered from Mass Incarceration, that would dramatically increase the sentence must be based on clear and convincing evidence, the cases before us today do not present such exceptional matters;

9) ,Then we therefore do  address the issues. we therefore hold that a jury's verdict of acquittal does  prevent the sentencing court from considering conduct underlying the acquitted charge, so long as illegal conducts:

10) That has been proved by a preponderance of the evidence, or even circumstantial of the evidence must be applied to mitigate officials criminal misconducts , or that is for vacatur conviction by control theories;

11) Then  the  term  [""**_underlying  racketeering  activity_**"]  refers  to  any  predicate  act  that is  relevant  conduct  under  U.S.S.G.  §  1B1.3,  that  is  another  issues  for  the  defendants  to  response consistent by laws;

## ANTI-FEAR LIABILITY ACT ("AFLA")

II. If prosecutors were hampered in exercising their judgment as to the use of such witnesses by concern about resulting personal liability, [they often would refrain from calling such witnesses and hence] the triers of fact in criminal cases often would be denied relevant evidence to consider if immunity applied;

1) As this Court recognized when it adopted the doctrine for additional defendants under this ["*Motions for the Answer Act ("TAA) or Additional defendants Act ("ADA") by the Treaties Movement Protective Act*"] ("MTPA"), that should be at liberty to exercise their functions with interdependently;

2) That is also for  without fear of consequences when even challenge judicial function in light of the circumstances for their failure is serious concerns when evaluating additional evidence presenting by laws;

i) For the exclusion of the ["*Second Chance Act*"] (SCA) or the challenge claim is against the agencies under ["840527-F1"] pending for the defendants consider response by the central office regarding matters;

a) On or about November 16, 2016 ["*Mrs.Rachel Chapa*"], or that is for the defendants to response controversy claims, illegal detainer practices based upon assumption, which they failed to drop by suspect class;

b) Here, the Activist ["***Manetirony Clervrain***"] or the ***Attorney*** is , brings this petition for a writ of habeas corpus, arguing that was victimized by  illegally laws, or review into to inquire  indication for punitive claims;

1) Under section 236 of the Immigration and Nationality Act ("The "INA"), 8 U.S.C. § 1226, and requesting an immediate relief for vacatur of criminal convictions, hearing in accordance with intellect intent;

2) That section 236(a) of the ("INA") is imposing restriction,  for the reasons set forth below, the motions should be granted by way ["20-CV-00433"], or ["***Writ corum nobis***"], to mitigating assumption of risk by ruling;

i) As of November 3, 2015 the ("DHS")  would like to keep illegal detainees, accordingly, this response is for questionable informative purposes, to be remove from the illegal laws to satisfy question of laws and facts;

ii) If the agencies are not satisfy with the claim for ["***systematic attack*** "], then settlement in 20 days is appropriate in these cases pending to file for additional damages by compelling national  judicial records to litigate;

iii)Then we asking the courts to applying the concept of ("MOCMA), for mitigating crimes when ["***intent to punish***"] can be proving the direct evidence, ["813843-R3"], or they are subject matter for evaluation rights;

1) Those include the illegal sanction imposed by the ("DHO"), on February 24, 2015 for illegal incident reports, ["2677576"], or the decision was based sancly upon his movement as an activist against criminal intent;

2) Thus, it is true that the sanctioned imposed was not in accordance with the applicable laws mentioned by ["***Mrs. Donna Mellentick***"], and the same way she failed to inform the agencies for non-removal aliens;

3) That is because the defendants scare him, or exposed him to privatization where their restriction to mail his legal mail is informative action, they could have done any wrong to murder him or additional injuries;

a) If the agencies refuse to correct their misconducts, or if general population is so serious because of being fear, or because reporting privatization scheme can not be the objective of the agencies to punish by means;

b) Here, the evidence to report their misconducts is proving by the administrative records, therefore, the decision by ("DHO") its required for the courts to consider ("TAJA") or for them to response by laws;

1) Therefore, the arguments will help in decision process by ("TADMA"), at page, 15 (d), if the (DHO) illegally increase his sentence without justification, but additional pretext contention to stop his revolution rights;

2) As such being the case the plaintiff is asking for additional damages couple with the claims for retaliation, can not be restore only by monetary damages, but to restore his right by vacatur of illegal illegal sentences;

3) For the same reasons, we asking if ["**_14 days_** "] was appropriate consistent with the mental damages caused by the defendants actions , or substantial complaint to question even the laws being applied to punish;

i) Here, the defendants claimed that the plaintiff admitted the charges without any evidence, but also referred to his Medical condition, which he has punished for the same reasons will justified their objective satisfied;

ii) As such being the case, based upon the evidence , or lack of admitted any charges, the ("DHO") decision was based on adversary action, which the plaintiff quoted as part of his speeches to inform publicly;

iii) Therefore, the sanction, among the other should evaluated within the administrative records to evaluate the defendants failure to interne,along with failure to ratify which make all of them to be liable for damages;

iv) Thus, it is true that the plaintiff is not satisfy with any punitive law, then the policy is being question for enforcing punishment, against those such the plaintiff who is an activist to protect interest of public forums;

## INJUSTICE PUBLICATION DISCLOSURE ACT ("IPDA")

**III.**The term "unwarranted" requires us to balance the family's privacy interest against the

public interest in disclosure, under the ("FOIA")  is often explained as a means for citizens to know

what their Government is up to, and this phrase should not be dismissed as a convenient formalism;

as a general rule;

A.................["***Movement Educative Combating Character Act***"] ("MECCA")......**58 (a)**

    I...........................["***National Choice Act***"] ("NCA").....................**22 (A) (I)**

            1)......Veteran Electronic Treatment Choice Act ( "VETCA")......22 (A) (I) (1)

            2)..............Universal Nationality Choice Act ("UNCA").........22 (A) (I) (2)

            3)..............National Treatment Choice Act ("NTCA")............22 (A) (I) (3)

            4)............Movement Educative Mass Deportation (MEMDA...22 (A) (I) (4)

            5)...............Nation Union Bar Treatment Act (NUBTA).........22 (A) (I) (5)

            6)...........Right Issues Recidivism Treatment Act (RIRTA)......22 (A) (I) (6)

            7)...............Union Protection Public Invention Act ("UPPA")...22 (A) (I) (7)

            8)....................Nations Union Control Treaties ( NUCTA).....22 (A) (I) (8)

            9)......Treatment And Software Invention Copy Act (TASICA)...22 (A) (I) (9)

    III...["***Nations Union Development Academic Treaties Act***"] (NUDATA)..22 (A) (I) (15)

            1)......Treaties Educative School And Prisons Act (TESAPA)...22 (A) (I) (14)

            2)...........*National Education Public Opinion Act* (NEPOA).....22 (A) (I) (16)

B.........["***Criminal Offenders Ratification Imminent Danger Act***"] ("CORIDA")...**23(A) (II)**

## UNIVERSAL COMMON CRIMES ACT ("UCCA")

**IV.**That "a prison official can violate individuals Amendment rights by failing to intervene"

when another official acts unconstitutionally, thus, the  requirement of an intent to punish is

satisfied. moreover, while the statute expresses no intent to punish on its face, it asserts  alternative

claims to litigate;

A..........["***Treaties Educative Technology Correctional Act***"] ("TETCA")...........**21 (B)**

1).................................FTCA Claim for Referrals................................5 (iii)

2)..............................Certification for Mail Services...........................5 (iii)

3)....................Intent to Punish or Against Revolutionist.......................5 (iii)

4)....................Exclusion to the Second Chance Act (SCA).....................5 (iii)

5)..........................Challenged for Public Safety factors........................5 (iii)

6).......................First Class Discrimination Analysis...........................5 (iii)

7)..........................Second Class Discrimination Intent........................5 (iii)

8).......................Fourth Class Discrimination Animus...........................5 (iii)

9).......................Proximate Cause for Adverse Action........................5 (iii)

10)..........................Beaumont Low Request to staff ...........................5 (iii)

11)............................First Adam Request to Staff...............................5 (iii)

12).......................Second Adams to request to Staffs...........................5 (iii)

*Under the Act ("UTA") or [*"**The Answer Act**"*] ("TAA"), for which the plaintiff is attaching the above Exhibit for the the courts to review them de novo, judicial determination of citizenship claims, or standard of review for discrimination claims is an exception to the general rule that MSPB determinations are reviewed on the record and set aside only if the "agency action.Kelliher v. Veneman 313 F.3d 1270 (11th Cir. 2002)*

B..............................["***Deportee On Treaties Movement Act***"] (DOTMA).........**21 (C)**

1)...........................Sentence Computation Challenged....................39 (E) (5)

2)....................Illegal calculation for Good Conduct Time.................39 (E) (5)

3)........................Employees Misconducts for Investigation...............39 (E) (5)

4)......................illegal Code, 307 for Ratification Theory.................39 (E) (5)

5)......................Illegal Immigration Hearing Program (IHP)...............39 (E) (5)

6)......................Inmate Financial Responsibility Program.................39 (E) (5)

7)........................Community Correctional Center (CCC).................39 (E) (5)

8)....................Release Gratuities, transportation ,and Clothing...........39 (E) (5)

9)........................Inmate Disciplinary Program (IDP)....................39 (E) (5)

10)........................Mental Health and Intent to Punish....................39 (E) (5)

11)........................Standards of Employees Conducts....................39 (E) (5)

12)........................Investigation for Appropriate Actions.................39 (E) (5)

13)...........................Electronic Law Library (ELL)....................39 (E) (5)

14)....................Failure to consider Indiana Residency....................39 (E) (5)

15)......................Unjust Classification and Custody........................39 (E) (5)

16)...............Pre-Sentence Investigation, National Status Claim............39 (E) (5)

17)...............Continuation of Retaliation. Or adversary Action.............39 (E) (5)

18)......................Exclusion to Drug Program (RDAP)....................39 (E) (5).

19)......................Failure to consider Dangerous Theory...................39 (E) (5)

20)......................Release Preparation Programs (RPP)...................39 (E) (5)

C..............................["***Judicial Ratification Punitive Act***"] ( JRPA)..................5 (iii)

    1)...............*Manetirony Clervrain V. United States Of America*...............50(G) (II)

["20-CV-00068"]

    2)...............*Manetirony Clervrain V. United States of America* ...............50 (II) (B)

["17-CV-01912"]

    3)...............*Manetirony Clervrain V. United States of America* ............50 (II) (B) (3)

["21-MC-00017"]

I..............................["***Additional Evidence, compelling Records***"]..................5 (iii)

    a).........................Affirmative Actions or Illegal Practices..................33 (C) (3)

        1)............June 12, 2018 False Statement by (MVCC)..................33 (C) (3)

        2).............June 20, 2018 False Statement by (MVCC)...............33 (C) (3)

    b).................["***Reason to Answer Illegality Misconducts***"].....................5 (iii)

II................................["***Reason To question Untimely***"]............................51 (II)

    a) ................Under the Circumstances what will be the Damages............33 (C) (3)

    b).....................Evidence for Additional claims and Damages...............33 (C) (3)

    c)..............Magistrate Judge's Illegal Report and Recommendation.........33 (C) (3)

    d).......................Evidence for Additional Grievances.......................33 (C) (3)

    e) ....................Restriction to Access to Federal Courts....................33 (C) (3)

    f)..........................Pattern of Misconducts to restrict.......................33 (C) (3)

    g)................Petition for Pardon after completing Sentence.................33 (C) (3)

III..............................["***The grievance Procedures Claims***"]............................6 (c)

*That is Statement by the Attorney, against secretive crimes, "My commitment is to make sure we are doing everything we possibly can to improve the public safety outcomes of the men, women and children of all 120 counties. [*"**Daniel Cameron, Attorney General**"*], then we asking him if [*"**Republic of Haiti**"*], is consider one of the country for extraditing serious criminals, [*"https://ag.ky.gov/Pages/default.aspx"*] Hill v. Blake, 186 Conn. 404 (Conn. 1982)*

## **PRAYER FOR RELIEF (S)**

**WHEREFORE,** The plaintiff , [*"**Manetirony Clervrain**"*] , Who is the [*"**activist(s)**"*] or (*"**The Ant(s)**"*); (*"**The Humanitarian(s)**"*) ; (*"**The father(s)**"*): (*"**The Husband(s)**"*); (*"**The Minor(s)**"*) : (*"**The Children**"*) : (*"**The Representative(s)**"*) : or (*"**The Attorney(s)**"*): or (*"**The Competent(s)**"*) ; (*"**The Protected Classes (s)**"*) ; or (*"**The Indigent(s)**"*) or  (*"**The litigator(s)**"*) or (*"**The Speaker(s)**"*) ; or (*"**the inventor(s)**"*) : or (*"**The devleoper(s)**"*): or (*"**The Declarant(s)**"*), and   (*"**The Brother(s)**"*], and he is praying these honorable courts and the agencies, the  Governors of each states  to consider these motions for petition for pardon after completion of sentence pending to stop [*"**stop evictions**"*], [*"**extended appeals**"*], [*"**vacatur of convictions**"*] for those who was first time offenders and to inform the public, concerning their behavior, if they failed  to ratify punitive laws, we asking punitive damages effecting family unity, as well as equitable reliefs,  including fees for his management team, reinstatement, and promotion, the cases are across the country for federal concerns related to the  controversies to evaluate emergency situations in light of the circumstances that is evidence for conspiracy against pauperis family or for consider their exceptional circumstance caused by covid-19, the level of 'extraordinary and compelling, or a matter to help the economic with small business, and those with illegal conviction, and their family upon admitted by the applicable laws, as one of the conditions place the various business owners among the CDC's high-risk Covid-19 categories, or to benefits victim of crimes, as discussed further before, the [*"**Coronavirus Aid, Relief, and Economic Security Act**"*] ("CARES Act ") does provide a mechanism for the executive branch to intervene in such exceptional issues, and for the

enactment of the ["**_Treaties on Mitigating Pauperis Act_**"] ("TOMPA"), they are injury in the present cases for comparable to the repeal of a law granting a subsidy to benefited those with great ideas or those that has victimized by market manipulation if, and only if, to provide services pending market controlling cooperatives, while being a victim of serious crimes by the defendants actions can be justified for statutory damages, as well as for disqualify judicial official across the country by means of the applicable laws , and for the supreme court, and the office of the general counsel to investigation the various claims being alleged across the country, and for the appointment of independent counsel for investigating crimes and  to intervene against illegal laws, policies and regulations, and for the Enactment of the proposed laws, for mitigating monopolization or for protection against governmental brutality by secretive Crimes, or to protect innocent individuals, that certainly can not be frivolous with the meaning of the plain meaning of the statutes being challenged, and for the courts to vacant their illegal judgments, or for the purpose to evaluate additional facts that the defendants must response the claims before dismissal with or without prejudice  or to review the claims with oral arguments,and evidentiary hearing, in light of the circumstances to excluded him from the ("PLRA"), and to waiver any ["**_Pacer fees_**"] against Crimes of Apartheid, or to litigate without any further ["**_Undue financial burdens_**"] and to question the agencies, if the administrative records will prevail the facts, or if  the circumstantial evidence that the plaintiff is victim of crimes by the defendants action and intentional restrict him to litigate by unjust restriction so that the evidence will not expose to the public with this this motions as affidavit, because the evidence on the courts records are substantial by declaring that the

["*defendants*"] are very corrupted for which these courts have additional jurisdiction for questioning the merits on his cases, and for controversy within these motions that being restricted by the defendants action or they are interfering with illegal laws for additional venue by courts to inform the defendants, or judicial officials across the country that their laws are illegal Per Se is within this pending motion ["21-CV-00146"], ["***Motion for Manifest Injustice Act ("MIA") or Electronic Filling Act ("EFA") or Opposition by Secure Academic resources Technology Act***"] ("SARTA") ,or evidence for controversy claims, and majority opinion by both domestic and international intervenor that must granted, or that is for the interest of justice, it is because the various judicial official  lack of credibility, including immigration, Criminal and civil for initiating investigations, and for additional relief pending to file after the courts granted him the relief  for his management teams, and their failure to evaluate the defendants conspiracy effecting the public interest by way of Mass Deporation and Incarceration, they are serious crimes for criminal investigation, or proper cause of actions are presenting to the courts for Nationwide jurisdiction concerns, of course the plaintiff is invoking the federal  courts across the country for their intervention, or that is because the restrictions, he could not file his cases, or his invention  and, and the motions states factual allegation,   this courts should question the defendants for his controversy claims,   related matters to protecting against future threats by ["*control theory*"], and to compel the defendant to show cause , or until they provide the reasons that he could not litigate his cases as indigent person, or at the government expenses   and   if    the ("agencies") illegal laws could have been the proximate cause if his delayed after release from illegal detention or they intentionally  interfering with

both of his legal obligation and  to protect the public against injustice or by implemented illegal or by

restricted those with public  interest or as restricted pro-se litigant to litigate his rights, or  legal

obligation without bias , delay the process, or violation of due process against humanity or to protect the

public against ["***mistreatment***"] by the (" *agencies*") and ("Judicial bureaucracy") that are part of the

conspiracy or in other  word they are involved in the ["***administrative crimes***"] within the meaning of

Black dictionary, in particularly if they are entitle to remand theses cases to the district court for further

proceeding, or to compel them as matter of right after release from illegal detention or for evaluating the

damages against each of the defendants involved for the constitutional violations, or for his first

amendment right by compelling the administrative records against quasi judicial procedures, and  to

litigate complex litigations  and any other reliefs the courts might find just and proper, and the plaintiff

is informing the courts that he will file separate motions in each courts to identify the defendants in their

own jurisdiction, or supplement jurisdiction against supplemental injustice or for ["***National reliefs***"], or

the need for publicity is matter of right against criminal enterprise established by illegal contracts for the

purpose to abolish their unjust enrichment is another claims  for additional damages against the

defendants, and the courts must applied the concept for unreasonable time frame so that the plaintiff

could not managed the cases, that the limitation by they way of restricting people or ["***Alien Status***"], or

["***Pauperis status***"] must is presenting today to response complex litigation or various ambiguities that

is presenting to the courts for the same reason by reasoning power is subject to question both  the

("INA"), and the ("PLRA")  as related matters against enforcing discrimination, or bias by the agencies

intentional acts,"at least in the absence of violation of `an independent duty arising from principles

of tort law'", or if dismissal ["**_with prejudice_**"] is question for tort violations, or for access to electronic

resource will mitigating judicial restriction against those with prolific classification, as well as the

claims against the agencies for additional procedures needs to be developed against  facial attack, that

the courts must perform their duty, or to file specific objections in a timely manner will not constitutes

waiver of the right to review by the district judge and the right to appeal the Court's decision, if the

plaintiff exceptional circumstances is proving as evidence for good cause exception, as well as to

compel the administrative records from each courts and agencies that are part of the controversies to

litigate against terrorism , genocide, and extortion can be prevail by the records upon release for

additional argumentative, or consistent with the pattern of these cases by evaluating each of the

defendants  responsibility for whatever constitutional or federal statutory injuries he is alleged, they are

undisputed facts for analyzing by expert testimonial with the same reasoning by ("DIFTA") ,or because

the defendants are exposed the punitive class among array of the extensive conspiracy that formed the

criminal enterprise, thus, it is one thing to be cautious before dismissing an antitrust complaint in

advance of discovery, it is self-evident that the problem of discovery abuse cannot be solved by "careful

scrutiny of evidence at the summary judgment stage," much less "lucid instructions to juries, and why

we doing this way because it is our experience against the defendants, or evidence against the activist, or

against ["**_The Speech_**"] can not be classified as frivolous without justification by the federal circuit

courts for controversies, or if whether that collateral estoppel applied to § 1983 claims and remanding

case for a determination of whether state collateral estoppel law barred plaintiff from proceeding on §

1983 claim for the alleged violations by the defendants mass incarceration need to be developed by for

additional right, or sufficiently protect the rights of free expression that we believe that the fundamental

law of our state requires, and that "additional safeguards" are necessary at a subsequent interrogation if

the   plaintiff     has   been      previously   excluded   to   procedures,   and,   that   Congress   has

prescribed procedure for dealing with the consequences of tortious conduct already committed, there is

ground  for  concluding  that  existing  criminal  penalties  or  liabilities  for  tortious  conduct   must   be

eliminated by laws.

Respectfully submitted,

Date: _____
            10/20/2021

S/ Mandurday Ciervrain
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013
765-278-9806

## CERTIFICATION OF SERVICES

**THEREBY,** I ["*Manetirony Clervrain"*], the Activist or ["*THE ANT*"] requesting for justice, and do swear, or declare on this date, ---10-------/-----20---/---2021--------, served the enclosed ["*Motion for Extention to appeals extortion or compelling Need(s) by the Administrative Records for controversies claims Act (UCCA)*** on each party to the above proceeding and envelope containing the above documents in the United States mail properly addressed to each of them and with first class postage prepaid, or by delivery or Electronic to ("EFC"), to a third-party commercial carrier for delivery within 3 calendar days and the name addresses of those serve is follows;

**United States  District Court**
**District of Mariana Islands**
205 Horiguchi Bldg
Saipan, MP 96950

**United States District Court**
**District of Colorado**
1060 E.2nd  Ave
Durango, CO 81301

**United States District Court**
**District of Minnesota**
300 South Fourth Street
Minneapolis, MN 55415

**United States District Court**
**District of Kansas**
401 N Market Suite 414
Wichita,KS 67202

**United States District Court**
**Eastern District of Kentucky**
101 Barr Street
Lexington,KY 40507

Respectfully submitted,

Date: _____
　　　　10/20/2021

**S/ Manetirony Clervrain**
4326 S Scatterfield Road
Suite 153
Anderson, IN 46013
765-278-9806